**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MBTI OF PUERTO RICO INC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 39-1248358 |

4. Debtor's address

**Principal place of business**

**PONCE DE LEON AVENUE PDA 18 1/2 San Juan, PR 00907-3917**
Number, Street, City, State & ZIP Code

**San Juan**
County

**Mailing address, if different from principal place of business**

**PONCE DE LEON AVENUE PDA 18 1/2 San Juan, PR 00907-3917**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**Fajardo, Mayaguez, Bayamon, and Santurce**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    **www.mbtipr.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **MBTI OF PUERTO RICO INC**          Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above    Educational Institution

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.        ___  ___  ___  ___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | | Case number, if known |

Debtor **MBTI OF PUERTO RICO INC**
Name

Case number (*if known*) _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **MBTI OF PUERTO RICO INC**
_____
Name

Case number (*if known*)
_____

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 7, 2016
              _____
              MM / DD / YYYY

X *Barbara Alonso Vila*
_____
Signature of authorized representative of debtor

BARBARA ALONSO VILA
_____
Printed name

Title    **PRESIDENT**
_____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  October 7, 2016
      _____
      MM / DD / YYYY

**CHARLES A. CUPRILL-HERNANDEZ**
_____
Printed name

**CHARLES A CUPRILL PCS LAW OFFICES**
_____
Firm name

**356 FORTALEZA STREET**
**SECOND FLOOR**
**San Juan, PR 00901**
_____
Number, Street, City, State & ZIP Code

Contact phone    **787-977-0515**

Email address    **ccuprill@cuprill.com**

**USDC-PR114312**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **MBTI OF PUERTO RICO INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ............................................................ $     **6,764,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................... $     **6,235,880.11**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................ $     **12,999,880.11**

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............. $     **10,628,702.10**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .......................... $     **306,374.31**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......... +$     **5,141,609.65**

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b                          $     **16,076,686.06**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MBTI OF PUERTO RICO INC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

<table>
<tr><td></td><td></td><td></td><td></td><td>Current value of debtor's interest</td></tr>
<tr><td>2.</td><td colspan="3"><b>Cash on hand</b> REFER TO EXHIBIT I FOR DETAIL (PETTY CASH)</td><td>$6,770.00</td></tr>
</table>

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | ORIENTAL BANK RESTRICTED FUNDS ACCOUNT NO. 1960803570 BALANCE PER BANK STATEMENT AS OF AUGUST 31, 2016 | CHECKING ACCOUNT | 3570 | $10.00 |
| 3.2. | ORIENTAL BANK OPERATIONAL ACCOUNT ACCOUNT NO. 1960803570 BALANCE PER BANK STATEMENT AS OF AUGUST 31, 2016 | CHECKING ACCOUNT | 3870 | $38,105.22 |
| 3.3. | ORIENTAL BANK CAFES - CATERING ACCOUNT BALANCE PER BANK STATEMENT AS OF AUGUST 31, 2016 | CHECING ACCOUNT | 4429 | $0.00 |
| 3.4. | ORIENTAL BANK PAYROLL ACCOUNT ACCOUNT NO. 1960803570 BALANCE PER BANK STATEMENT AS OF AUGUST 31, 2016 | CHECKING ACCOUNT | 3570 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **MBTI OF PUERTO RICO INC**                                Case number *(if known)* _____
         Name

|   |   |   |   |   |
|---|---|---|---|---|
| 3.5. | BANCO POPULAR DE PUERTO RICO<br>ACCOUNT NO. 256015154<br>BALANCE AS PER BANK STATEMENT<br>AS OF JULY 29, 2016 | Checking Account | 5154 | $10,410.66 |
| 3.6. | BANCO POPULAR DE PUERTO RICO<br>ACCOUNT NO. 226-349458<br>BALANCE AS PER BANK STATEMENT<br>AS OF JULY 29, 2016 | Checking Account | 9458 | $629.87 |
| 3.7. | BANCO POPULAR DE PUERTO RICO<br>ACCOUNT NO. 226-349458<br>BALANCE AS PER BANK STATEMENT<br>AS OF AUGUST 31, 2016 | | | $0.00 |
| 3.8. | BANCO POPULAR DE PUERTO RICO<br>ACCOUNT NO. 226362675<br>BALANCE AS PER BANK STATEMENT<br>AS OF JULY 29, 2016 | Checking Account | 2575 | $668.29 |
| 3.9. | BANCO POPULAR DE PUERTO RICO<br>ACCOUNT NO. 030-863392<br>BALANCE AS PER BANK STATEMENT<br>AS OF AUGUST 31, 2016 | Checking Account | 3392 | $5,925.23 |
| 3.10 | COOPERATIVA DE AHORRO Y<br>CREDITO MOCA<br>ACCOUNT NO.<br>BALANCE AS PER BANK STATEMENT<br>AS OF AUGUST 31, 2016 | | | $198.22 |
| 3.11 | COOPERATIVA DE AHORRO Y<br>CREDITO BARRANQUITAS<br>ACCOUNT NO. XXXXXXX306<br>BALANCE AS PER BANK STATEMENT<br>AS OF AUGUST 31, 2016 | Checking Account | 306 | $29,821.91 |
| 3.12 | ORIENTAL BANK<br>OPERATIONAL ACCOUNT<br>ACCOUNT NO. 1980805071<br>BALANCE PER BANK STATEMENT<br>AS OF AUGUST 31, 2016 | CHECING ACCOUNT | 5071 | $5,427.17 |

4.   Other cash equivalents *(Identify all)*

|   |   |   |
|---|---|---|
| 4.1 | ORIENTAL BANK<br>CERTIFICATE OF DEPOSIT<br>BALANCE AS OF AUGUST 31, 2016 | $403,900.92 |
| 4.2. | COOPERATIVA DE AHORRO Y CREDITO BARRANQUITAS<br>CERTIFICATE OF DEPOSIT<br>ACCOUNT NO. XXXXXXX484<br>BALANCE AS OF AUGUST 31, 2016 | $726,205.25 |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 2

Debtor   **MBTI OF PUERTO RICO INC**
         Name

Case number *(if known)*

---

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,227,072.74

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
        **SECURITY DEPOSITS**
        **REFER TO EXHIBIT IV FOR DETAIL**
7.1.   **BALANCE AS OF AUGUST 31, 2016**

$123,171.81

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment
        **PREPAID EXPENSES**
        **REFER TO EXHIBIT III FOR DETAIL**
8.1.   **BALANCE AS OF AUGUST 31, 2016**

$291,370.40

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$414,542.21

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11b. Over 90 days old:    13,304,848.00    -    12,959,070.96    = ....

$345,777.04

face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    1,376,420.84    -    1,282,675.96    = ....

$93,744.88

face amount    doubtful or uncollectible accounts   REFER TO EXHIBIT V FOR DETAIL

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$439,521.92

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor **MBTI OF PUERTO RICO INC**
Name

Case number (*if known*)

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies INVENTORIES REFER TO EXHIBIT II FOR DETAIL BALANCE AS OF AUGUST 31, 2016 | | $225,468.47 | COST | $225,468.47 |

| | | | |
|---|---|---|---|
| 23. | Total of Part 5. Add lines 19 through 22. Copy the total to line 84. | | $225,468.47 |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture FURNITURE AND FIXTURES - SANTURCE | $33,396.22 | COST | $88,585.03 |
| | FURNITURE AND FIXTURES - BAYAMON | $35,291.28 | COST | $89,021.81 |
| | FURNITURE AND FIXTURES - FAJARDO | $31,005.02 | COST | $82,064.95 |
| | FURNITURE AND FIXTURES - MAYAGUEZ | $28,597.46 | COST | $149,781.67 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor   **MBTI OF PUERTO RICO INC**
           Name                                                          Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| **FURNITURE AND FIXTURES - SANTURCE CENTRAL OFFICE** | $17,671.70 | COST | | $75,509.06 |

**40.** Office fixtures

**41.** Office equipment, including all computer equipment and communication systems equipment and software

| | | | | |
|---|---|---|---|---|
| **COMPUTER EQUIPMENT -SANTURCE** | $558.69 | COST | | $3,329.64 |
| **COMPUTER SOFTWARE - SANTURCE** | $1,260.23 | COST | | $8,434.05 |
| **LABORATORY EQUIPMENT - SANTURCE** | $64,996.27 | COST | | $310,283.02 |
| **ELECTRONIC & COMMUNICATIONS EQUIPMENT - SANTURCE** | $0.00 | COST | | $5,732.14 |
| **COMPUTER EQUIPMENT - BAYAMON** | $1,497.18 | COST | | $6,835.08 |
| **COMPUTER SOFTWARE - BAYAMON** | $1,045.96 | COST | | $5,274.90 |
| **LABORATORY EQUIPMENT - BAYAMON** | $76,807.58 | COST | | $227,701.50 |
| **ELECTRONIC AND COMMUNICATIONS EQUIPMENT - BAYAMON** | $4,984.68 | COST | | $15,249.79 |
| **COMPUTER EQUIPMENT - FAJARDO** | $1,112.35 | COST | | $4,964.95 |
| **COMPUTER SOFTWARE - FAJARDO** | $982.71 | COST | | $4,895.75 |
| **LABORATORY EQUIPMENT - FAJARDO** | $61,074.00 | COST | | $231,596.52 |
| **ELECTRONIC AND COMMUNICATIONS EQUIPMENT - FAJARDO** | $1,837.43 | COST | | $1,889.93 |
| **COMPUTER EQUIPMENT - MAYAGUEZ** | $3,363.73 | COST | | $18,940.80 |
| **COMPUTER SOFTWARE - MAYAGUEZ** | $982.71 | COST | | $4,895.75 |
| **LABORATORY EQUIPMENT - MAYAGUEZ** | $56,734.91 | COST | | $220,150.29 |
| **COMPUTER EQUIPMENT - SANTURCE CENTRAL OFFICE** | $5,750.90 | COST | | $9,285.86 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Debtor   **MBTI OF PUERTO RICO INC**
Name

Case number *(if known)*

collections; other collections, memorabilia, or collectibles

| 43. | Total of Part 7. | $1,564,422.49 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2015 MERCEDES ML350**<br>**SERIAL NUM. 4JGDA55JB6FA577190**<br>**ESTIMATED FAIR MARKET VALUE** | $0.00 | | $46,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 51. | Total of Part 8. | $46,000.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **MBTI OF PUERTO RICO INC**
      Name

Case number *(if known)*

Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available.

| | | | |
|---|---|---|---|
| 55.1. | COMMERCIAL BUILDING LOCATED AT 11 DE AGOSTO STREET, CORNER DR. BASORA, MAYAGUEZ, PUERTO RICO CADASTER NUM. 233-058-341-02-001 APPRAISED VALUE AS OF FEBRUARY 14, 2012 | Fee simple | $3,100,000.00 | Appraised Value | $3,100,000.00 |
| 55.2. | RESIDENTIAL PROPERTY LOCATED AT #1654 SANTA ANA STREET, SANTURCE WARD, SAN JUAN, PUERTO RICO. CADASTER NUM. 040-080-052-03-901 APPRAISED VALUE AS OF FEBRUARY 3, 2012 | Fee simple | $180,000.00 | Appraised Value | $180,000.00 |
| 55.3. | COMMERCIAL BUILDING LOCATED AT #1256 PONCE DE LEON AVENUE, CORNER RAMON FIGUEROA STREET, SANTURCE WARD, SAN JUAN, PUERTO RICO. CADASTER NUM. 040-059-034-10-901 APPRAISED VALUE AS OF JANUARY 27, 2012 | Fee simple | $2,200,000.00 | Appraised Value | $2,200,000.00 |
| 55.4. | COMMERCIAL BUILDING LOCATED AT LOT 164 OF MUÑOZ RIVERA STREET, FAJARDO, PUERTO RICO. CADASTER NUM. 150-046-055-01-001 APPRAISED VALUE AS OF OCTOBER 3, 2013 | Fee simple | $220,000.00 | Appraised Value | $220,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  __MBTI OF PUERTO RICO INC__                              Case number *(if known)* _____
        Name

| | | | | | |
|---|---|---|---|---|---|
| 55.5. | COMMERCIAL BUILDING LOCATED AT #205 MUÑOZ RIVERA STREET, FAJARDO, PUERTO RICO. CADASTER NUM. 150-046-050-14-001 APPRAISED VALUE AS OF JANUARY 30, 2012 | Fee simple | $730,000.00 | Appraised Value | $730,000.00 |
| 55.6. | VACANT LOT USED AS PARKING FACILITIES, LOCATED AT CELIS AGUILERA STREET, FAJARDO, PUERTO RICO. CADASTER NUM. 150-046-060-08-001 APPRAISED VALUE AS OF JANAURY 30, 2012 | Fee simple | $44,000.00 | Appraised Value | $44,000.00 |
| 55.7. | MIXED COMMERCIAL AND RESIDENTIAL BUILDING LOCATED AT LOT 610 OF FIGUEROA STREET, SANTURCE WARD, SAN JUAN, PUERTO RICO. CADASTER NUM. 040-059-034-12-001 APPRAISED VALUE AS OF JUNE 17, 2015 | Fee simple | $290,000.00 | Appraised Value | $290,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $6,764,000.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**   Intangibles and Intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **MBTI OF PUERTO RICO INC**
Name

Case number *(If known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. Goodwill **GOODWILL BOOK VALUE AS OF AUGUST 31, 2016** | $0.00 | SEE NOTE BELOW | $0.00 (1) |

| | |
|---|---|
| 66. **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $0.00 |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 9

(1) PURSUANT DEBTOR'S AUDITED FINANCIAL STATEMENTS AS OF OCTOBER 31, 2015. THIS ASSET BOOK VALUE AMOUNTS TO $4,256,155
HOWEVER AFTER THE CLOSING OF DEBTOR'S OPERATIONS, THIS VALUE HAS BEEN TOTALLY IMPAIRED.

Debtor    **MBTI OF PUERTO RICO INC**                          Case number *(if known)*
          Name

| | |
|---|---|
| LEASEHOLD IMPROVEMENTS - BAYAMON LEASED FACILITIES AT COST | $800,155.28 |
| DEFERRED TAX ASSET (PURSUANT TO GAAP) BALANCE AS OF AUGUST 31, 2016 | $1,518,697.00 |

78.   **Total of Part 11.**                                          $2,318,852.28

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

---

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                page 10

Debtor    **MBTI OF PUERTO RICO INC**
_____
Name

Case number *(if known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,227,072.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2* | $414,542.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $439,521.92 | |
| 83. **Investments.** *Copy line 17, Part 4* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $225,468.47 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,564,422.49 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $46,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................> | | $6,764,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,318,852.28 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,235,880.11 | + 91b. $6,764,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,999,880.11 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**MBTI OF PUERTO RICO, INC.**                                      **EXHIBIT I**

## SCHEDULE B - PERSONAL PROPERTY
## PETTY CASH

| DESCRIPTION | AMOUNT |
|---|---|
| PETTY CASH - OFFICE | $        250.00 |
| PETTY CASH - OFICINA DE COBROS | 220.00 |
| PETTY CASH - BAYAMON | 500.00 |
| PETTY CASH - BAYAMON RECAUDACIONES | 100.00 |
| PETTY CASH - BAYAMON RECAUDACIONES II | 100.00 |
| PETTY CASH - BAYAMON CAFES/CATERING | 500.00 |
| PETTY CASH - FAJARDO | 1,000.00 |
| PETTY CASH - FAJARDO RECAUDACIONES | 100.00 |
| PETTY CASH - SANTURCE | 600.00 |
| PETTY CASH - SANTURCE CAFES/CATERIN | 500.00 |
| PETTY CASH - MAYAGUEZ | 1,000.00 |
| PETTY CASH - MAYAGUEZ RECAUDACIONES | 100.00 |
| PETTY CASH - MAYAGUEZ CAFE/CATERING | 500.00 |
| PETTY CASH - COMPRA ADMINISTRACION | 300.00 |
| **TOTAL** | **$        5,770.00** |

**MBTI OF PUERTO RICO, INC.**                                **EXHIBIT II**

## SCHEDULE B - PERSONAL PROPERTY INVENTORIES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| BOOKS INVENTORY - SANTURCE | $ | 68,620.74 |
| INVENTORY - COURSE MATERIALS | | 33,659.85 |
| INVENTORY - CAFETERIA/CATERING SANTURCE | | 70,369.20 |
| INVENTORY - CAFETERIA/CATERING BAYAMON | | 24,194.61 |
| INVENTORY - CAFETERIA/CATERING FAJARDO | | 17,338.67 |
| INVENTORY - CAFETERIA/CATERING MAYAGUEZ | | 11,285.40 |
| **TOTAL** | $ | **225,468.47** |

**MBTI OF PUERTO RICO, INC.**                                      **EXHIBIT III**

<u>**SCHEDULE B - PERSONAL PROPERTY**</u>
<u>**PRE-PAID EXPENSES**</u>

| <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|
| PRE-PAID MUNICIPAL TAXES | $        23,981.16 |
| PRE-PAID PROPERTY TAXES | 74,682.63 |
| PRE-PAID WORKERS' COMPENSATION | 148,439.63 |
| PRE-PAID INSURANCE | 27,731.72 |
| PRE-PAID EXPENSES - OTHERS | 16,535.26 |
| **TOTAL** | **$        291,370.40** |

**MBTI OF PUERTO RICO, INC.**                    **EXHIBIT IV**

<u>**SCHEDULE B - PERSONAL PROPERTY**</u>
<u>**SECURITY DEPOSITS**</u>

| <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|
| SECURITY DEPOSITS - UTILITIES | $       13,219.12 |
| SECURITY DEPOSITS - RENTS |        59,468.00 |
| SECURITY DEPOSITS - OTHERS |        50,484.69 |
| **TOTAL** | **$     123,171.81** |

**MBTI OF PUERTO RICO, INC.**                                          **EXHIBIT V**

**SCHEDULE B - PERSONAL PROPERTY**
**OTHER ACCOUNTS RECEIVABLE**

| DESCRIPTION | GROSS AMOUNT | | RESERVE FOR DOUBTFULL ACCOUNTS | | NET AMOUNT |
|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE - RETURNED CHECKS | $ | 1,640.85 | $ | (1,640.85) | $ |
| ACCOUNTS RECEIVABLE - LOAN RECEIVABLE FROM STUDENTS ( COOPERATIVAS) | | 1,274,567.61 | | (1,274,567.61) | |
| ACCOUNTS RECEIVABLE - HACIENDA 7% WITHHOLDINGS | | 1,515.96 | | (1,515.96) | |
| DUE FROM EMPLOYEES | | 4,951.54 | | (4,951.54) | |
| DUE FROM BARBARA ALONSO VILA | | 93,744.88 | | | 93,744.88 |
| **TOTAL** | $ | 1,376,420.84 | $ | (1,282,675.96) | $ 93,744.88 |

**Fill in this information to identify the case:**

Debtor name   **MBTI OF PUERTO RICO INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **COOP DE AHORRO Y CREDITO DE BARRANQUITAS**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**CERTIFICATE OF DEPOSIT** | $1,785,074.00 | $726,205.25 |

PO BOX 686
Barranquitas, PR 00794
Creditor's mailing address

Describe the lien
**SECURITY LIEN OVER CERTIFICATE OF DEPOSIT**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**7/31/2014**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **CRIM**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**COMMERCIAL BUILDING AT #1256 PONCE DE LEON AVENUE, CORNER RAMON FIGUEROA STREET, SANTURCE WARD, SAN JUAN, PUERTO RICO.**<br>**CADASTER NUM. 040-059-034-10-901** | $10,543.79 | $2,200,000.00 |

PO BOX 195387
San Juan, PR 00919-5387
Creditor's mailing address

Describe the lien
**REAL PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**7/1/2016**

| Debtor | **MBTI OF PUERTO RICO INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number
0901

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.3** | **CRIM** | Describe debtor's property that is subject to a lien | $6,043.10 | $3,100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | COMMERCIAL BUILDING AT 11 DE AGOSTO STREET, CORNER DR. BASORA, MAYAGUEZ, PUERTO RICO<br>CADASTER NUM. 233-058-341-02-001 | | |

PO BOX 195387
San Juan, PR 00919-5387
Creditor's mailing address

Describe the lien
REAL PROPERTY TAXES

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
7/1/2016
Last 4 digits of account number
2001

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.4** | **CRIM** | Describe debtor's property that is subject to a lien | $1,107.34 | $180,000.00 |
|---|---|---|---|---|
| | Creditor's Name | RESIDENTIAL PROPERTY AT #1654 SANTA ANA STREET, SANTURCE WARD, SAN JUAN, PUERTO RICO.<br>CADASTER NUM. 040-080-052-03-901 | | |

PO BOX 195387
San Juan, PR 00919-5387
Creditor's mailing address

Describe the lien
REAL PROPERTY TAXES

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
7/1/2016
Last 4 digits of account number
3901

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.5** | **CRIM** | Describe debtor's property that is subject to a lien | $187.24 | $44,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **MBTI OF PUERTO RICO INC**    Case number (if known) _____
    Name

| Creditor's Name | | | |
|---|---|---|---|

**PO BOX 195387**
**San Juan, PR 00919-5387**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/1/2016**
**Last 4 digits of account number**
**8001**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

VACANT LOT USED AS PARKING
FACILITIES, LOCATED AT CELIS AGUILERA
STREET, FAJARDO, PUERTO RICO.
CADASTER NUM. 150-046-050-08-001

Describe the lien
**REAL PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CRIM** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | $2,767.33 | $220,000.00 |

**PO BOX 195387**
**San Juan, PR 00919-5387**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/1/2016**
**Last 4 digits of account number**
**1001**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**COMMERCIAL BUILDING AT LOT 164 OF
MUÑOZ RIVERA STREET, FAJARDO,
PUERTO RICO.**
**CADASTER NUM. 150-046-055-01-001**

Describe the lien
**REAL PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **MERCEDES BENZ FINANCIAL SERV** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | $83,799.37 | $46,000.00 |

**PO BOX 5209**
**Carol Stream, IL
60197-5209**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/24/2015**

Describe debtor's property that is subject to a lien
**2015 MERCEDES ML350
SERIAL NUM. 4JGDA55JB6FA577190
ESTIMATED FAIR MARKET VALUE**

Describe the lien
**LOAN SECURED BY VEHICLE**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | MBTI OF PUERTO RICO INC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
6001

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | ORIENTAL BANK | | $5,894,179.93 | $6,764,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
REAL PROPERTIES LISTED IN SCHEDULE A

PO BOX 195115
San Juan, PR 00919-5115
Creditor's mailing address

**Describe the lien**
FIRST MORTGAGE OVER REAL PROPERTIES (REFER TO EXHIBIT VI FOR DETAIL)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/7/2012

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | ORIENTAL BANK | | $2,845,000.00 | $869,820.07 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
REAL PROPERTIES LISTED IN SCHEDULE A

PO BOX 195115
San Juan, PR 00919-5115
Creditor's mailing address

**Describe the lien**
MORTGAGES OVER REAL PROPERTIES

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
5/31/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $10,628,702.10

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

**MBTI OF PUERTO RICO, INC.**                                 **EXHIBIT VI**

**SCHEDULE D - SECURED CREDITORS**
**ORIENTAL BANK**

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNT/NOTE NUMBER 00001569385-00009 | $        963,213.65 |
| ACCOUNT/NOTE NUMBER 00001569385-00008 | 1,170,711.75 |
| ACCOUNT/NOTE NUMBER 00001569385-00010 | 340,136.20 |
| ACCOUNT/NOTE NUMBER 00001569385-00011 | 78,626.55 |
| ACCOUNT/NOTE NUMBER 00001569385-00021 | 286,666.75 |
| ACCOUNT/NOTE NUMBER 00001569385-00022 | 209,825.03 |
| ACCOUNT/NOTE NUMBER 00001569385-00101 | 1,000,000.00 |
| ACCOUNT/NOTE NUMBER 00001569385-00100 | 1,000,000.00 |
| ACCOUNT/NOTE NUMBER 00001569385-00024 | 345,000.00 |
| ACCOUNT/NOTE NUMBER 00001569385-00023 | 500,000.00 |
| **TOTAL** | $     **5,894,179.93** |

Debtor   **MBTI OF PUERTO RICO INC**                                    Case number (if know)
_____
Name

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MBTI OF PUERTO RICO INC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**DEPARTMENT OF TREASURY OF PUERTO RICO**<br>**PO BOX 9024140**<br>**OFFICE 424 B**<br>**San Juan, PR 00902-4140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,374.31 | $23,374.31 |
| Date or dates debt was incurred<br>**7/11/2016** | Basis for the claim:<br>**7% TAX WITHHELD, CODE (400)** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**DEPARTMENT OF TREASURY OF PUERTO RICO**<br>**PO BOX 9024140**<br>**OFFICE 424 B**<br>**San Juan, PR 00902-4140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred<br>**7/1/2016** | Basis for the claim:<br>**SALES AND USE TAXES (IVU), CODE (550) VARIOUS PERIODS** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | MBTI OF PUERTO RICO INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260,000.00 | $260,000.00 |
|---|---|---|---|---|
| | DEPARTMENT OF TREASURY OF PUERTO RICO<br>PO BOX 9024140 OFFICE 424 B<br>OFFICE 424 B<br>San Juan, PR 00902-4140 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>7/1/2016 | Basis for the claim:<br>PAYROLL TAXES, CODE (300)<br>VARIOUS PERIODS (ESTIMATED) | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | DEPTO DEL TRABAJO Y RECURSOS HUMANOS<br>PO BOX 195540<br>San Juan, PR 00919-5540 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>7/1/2016 | Basis for the claim:<br>SPECIAL ASSESMENT, DISABILITY, AND UNEMPLOYMENT INSURANCE WITHHELD VARIOUS PERIODS | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>7/1/2016 | Basis for the claim:<br>PAYROLL TAXES<br>VARIOUS PERIODS | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | MUNICIPIO DE BAYAMON<br>PO BOX 1588<br>Bayamon, PR 00960 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>7/1/2016 | Basis for the claim:<br>MUNICIPAL TAXES (PATENT) | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **MBTI OF PUERTO RICO INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **MUNICIPIO DE FAJARDO**<br>**PO BOX 865**<br>**Fajardo, PR 00738-0865** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/1/2016** | Basis for the claim:<br>**MUNICIPAL TAXES (PATENT)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| **2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **MUNICIPIO DE MAYAGUEZ**<br>**PO BOX 447**<br>**Mayaguez, PR 00681-0447** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/1/2016** | Basis for the claim:<br>**MUNICIPAL TAXES (PATENT)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| **2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **MUNICIPIO DE SAN JUAN**<br>**PO BOX 70179**<br>**San Juan, PR 00917** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/1/2016** | Basis for the claim:<br>**MUNICIPAL TAXES (PATENT)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| **2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,000.00 | $23,000.00 |
|---|---|---|---|---|
| | **STATE INSURANCE FUND CORPORATION**<br>**PO BOX 365028**<br>**San Juan, PR 00936-5028** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/20/2016** | Basis for the claim:<br>**WORKMEN COMPENSATION (ESTIMATED)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | MBTI OF PUERTO RICO INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MUNICIPIO DE FAJARDO**
PO BOX 865
Fajardo, PR 00738-0865

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/1/2016**

Basis for the claim:
**MUNICIPAL TAXES (PATENT)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MUNICIPIO DE MAYAGUEZ**
PO BOX 447
Mayaguez, PR 00681-0447

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/1/2016**

Basis for the claim:
**MUNICIPAL TAXES (PATENT)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MUNICIPIO DE SAN JUAN**
PO BOX 70179
San Juan, PR 00917

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/1/2016**

Basis for the claim:
**MUNICIPAL TAXES (PATENT)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,000.00 | $23,000.00 |
|---|---|---|---|---|

**STATE INSURANCE FUND CORPORATION**
PO BOX 365028
San Juan, PR 00936-5028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/20/2016**

Basis for the claim:
**WORKMEN COMPENSATION (ESTIMATED)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **MBTI OF PUERTO RICO INC**
_____   Case number (if known) _____
Name

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,525.00 |

**A AND A EMPLOYEE BENEFIT
CONSULTING CORP**
PO BOX 13928
San Juan, PR 00908-3928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/18/2015

Basis for the claim:  CONSULTING SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,763.10 |

**AA ENVIROMENTAL SERVICES**
PMB 548
CALL BOX 20000
Canovanas, PR 00729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/5/2016

Basis for the claim:  REPAIRS AND MAINTENANCE SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $410.57 |

**ACADEMIC EMBLEMS SPECIALTIES**
PO BOX 3650
AVE UNIVERSIDAD ESQ ESTEBAN
GONZALEZ
Guaynabo, PR 00970-3650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2015

Basis for the claim:  OFFICE SUPPLIES

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $35.00 |

**ADOLFO CORREA ACOSTA**
ESTANCIAS LA FUENTE
CALLE LIRIO 38
Toa Alta, PR 00953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $983,479.66 |

**ADRENALINE ADVERTISING CORP**
PO BOX 16262
San Juan, PR 00908-6262

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2014

Basis for the claim:  ADVERTISING SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,059.70 |

**AFLAC**
WORLDWIDE HEADQUARTERS
Columbus, GA 31999

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2016

Basis for the claim:  DISABILITY INSURANCE (EMPLOYEES)

Last 4 digits of account number  NB55

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,827.96 |

**AGRO PRODUCE PUERTO RICO INC**
PO BOX 11908
San Juan, PR 00922-1908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/10/2016

Basis for the claim:  GROCERIES

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **MBTI OF PUERTO RICO INC**
Name

Case number (if known) _____

---

| 3.8 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**ALEX EVENTS CORP**
HC 15 BOX 16020
Humacao, PR 00791

Date(s) debt was incurred **12/2/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **DESIGN AND COORDINATION SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$25,272.00

---

| 3.9 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**ALFONSO PIZARRO RAMIREZ**
URB LA RAMBLA
1275 CALLE CLARISA
Ponce, PR 00730

Date(s) debt was incurred **12/23/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PROMOTION SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$360.00

---

| 3.10 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**ALLIED WASTE SERVICES**
PO BOX 51986
Toa Baja, PR 00950-1986

Date(s) debt was incurred **6/30/2016**

Last 4 digits of account number **3262**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **WASTE DISPOSAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$959.09

---

| 3.11 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**AMERICAN PAPER**
AMELIA INDUSTRIAL PARK
26 CALLE EMMA
Guaynabo, PR 00968-8007

Date(s) debt was incurred **5/5/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **OFFICE SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

$4,708.16

---

| 3.12 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**ANGEL NEGRON CANDELARIA**
UNKNOW

Date(s) debt was incurred **7/1/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **EMPLOYEE EXPENSES REIMBURSEMENT**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| 3.13 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**AOR BUILDING SUPPLIES**
PO BOX 13606
San Juan, PR 00908-3606

Date(s) debt was incurred **6/8/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MAINTENANCE SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

$82.40

---

| 3.14 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**AQUAPURE**
URB VILLAS DE PARANA S 1 2
CALLE 11
San Juan, PR 00926-6045

Date(s) debt was incurred **11/1/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **WATER**

Is the claim subject to offset? ■ No ☐ Yes

$702.45

---

| Debtor | **MBTI OF PUERTO RICO INC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**ARMANDO RODRIGUEZ RANGEL**
**H-60 CALLE DOMINICO**
**ALTOS DE TORRIMAR**
**Bayamon, PR 00959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2016**

Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,199.14 |
|---|---|---|---|

**ASUME**
**PO BOX 70376**
**San Juan, PR 00936-8376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2016**

Basis for the claim:  **CHILD SUPPORT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.40 |
|---|---|---|---|

**ATLANTIC MASTER PARKING SERV INC**
**PMB SUITE 442**
**AVE RIO HONDO**
**Bayamon, PR 00961-3105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2016**

Basis for the claim:  **PARKING RENT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,765.37 |
|---|---|---|---|

**AUTOMOTIVE RENTAL INC**
**PO BOX 5039**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2016**

Basis for the claim:  **VEHICLE RENTAL**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,204.05 |
|---|---|---|---|

**AUTORIDAD DE ACUEDUCTOS Y**
**ALCANTARILLADO**
**PO BOX 70101**
**San Juan, PR 00936-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/2016**

Basis for the claim:  **WATER SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,142.73 |
|---|---|---|---|

**AUTORIDAD DE ENERGIA ELECTRICA**
**PO BOX 363508**
**San Juan, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/2016**

Basis for the claim:  **ELECTRIC POWER SERVICE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $5,469.52 |
|---|---|---|---|

**BALLESTER HERMANOS INC**
**PO BOX 364548**
**San Juan, PR 00936-4548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/20/2016**

Basis for the claim:  **GROCERIES (CAFETERIA)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MBTI OF PUERTO RICO INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $25,333.29
--- | --- | --- | ---

**3.22**
Nonpriority creditor's name and mailing address
BANCO POPULAR DE PR
PO BOX 70100
San Juan, PR 00936-8100

Date(s) debt was incurred  6/13/2014

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CREDIT CARD - VISA

Is the claim subject to offset? ■ No ☐ Yes

$25,333.29

---

**3.23**
Nonpriority creditor's name and mailing address
BETANCES PROFESSIONAL SERVICES
AND EQUIP
URB. SAN FERNANDO F 11
AVE BETANCES
Bayamon, PR 00957

Date(s) debt was incurred  4/13/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SCHOOL SUPPLIES

Is the claim subject to offset? ■ No ☐ Yes

$1,103.88

---

**3.24**
Nonpriority creditor's name and mailing address
BOQUERON BEACH HOTEL
PO BOX 498
Boqueron, PR 00622

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PARKING RENT

Is the claim subject to offset? ■ No ☐ Yes

$1,050.00

---

**3.25**
Nonpriority creditor's name and mailing address
BORBON FOODS LLC
200 RAFAEL CORDERO
AVE STE 140 PMB 320
Caguas, PR 00725

Date(s) debt was incurred  7/5/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FOOD SUPPLIES

Is the claim subject to offset? ■ No ☐ Yes

$644.92

---

**3.26**
Nonpriority creditor's name and mailing address
BRENDA I RODRIGUEZ NEGRON
HC 01 BOX 3904
Hormigueros, PR 00660

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.27**
Nonpriority creditor's name and mailing address
CABO ROJO GAS INC
PO BOX 883
CALLE MUNOZ RIVERA 29
Cabo Rojo, PR 00623

Date(s) debt was incurred  5/7/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PROPANE GAS

Is the claim subject to offset? ■ No ☐ Yes

$683.06

---

**3.28**
Nonpriority creditor's name and mailing address
CADILLAC UNIFORMS AND LINEN SUPPLY
IND MINILLAS 221
AVE LAUREL
Bayamon, PR 00959-1908

Date(s) debt was incurred  4/26/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  LAUNDRY SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$1,612.75

---

| Debtor | MBTI OF PUERTO RICO INC | Case number (if known) |
|---|---|---|
| | Name | |

**3.29**

Nonpriority creditor's name and mailing address
CAMERA MUNDI INC
PO BOX 6860
Caguas, PR 00726

Date(s) debt was incurred  6/3/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SCHOOL SUPPLIES

Is the claim subject to offset?  ■ No  ☐ Yes

**$55.64**

---

**3.30**

Nonpriority creditor's name and mailing address
CARIBBEAN FOOD PRODUCTS CORP
PO BOX 244
Puerto Real, PR 00740-0244

Date(s) debt was incurred  6/23/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FOOD SUPPLIES

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,011.96**

---

**3.31**

Nonpriority creditor's name and mailing address
CARIBBEAN STONE PRODUCTS
PO BOX 86
Vega Baja, PR 00694

Date(s) debt was incurred  5/11/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SURGICAL AND MEDICAL INSTRUMENTS

Is the claim subject to offset?  ■ No  ☐ Yes

**$94.19**

---

**3.32**

Nonpriority creditor's name and mailing address
CARIBBEAN WATER COOLER
PO BOX 9505
San Juan, PR 00908-0505

Date(s) debt was incurred  2/1/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  WATER SUPPLIES

Is the claim subject to offset?  ■ No  ☐ Yes

**$478.00**

---

**3.33**

Nonpriority creditor's name and mailing address
CARIBE FINE FOODS
PO BOX 10585
San Juan, PR 00922

Date(s) debt was incurred  5/5/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FOOD SUPPLIES

Is the claim subject to offset?  ■ No  ☐ Yes

**$98.52**

---

**3.34**

Nonpriority creditor's name and mailing address
CARIMAR NIEVES
URB REXVILLE
CALLE 23 A CF 25
Bayamon, PR 00957

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset?  ■ No  ☐ Yes

**$60.00**

---

**3.35**

Nonpriority creditor's name and mailing address
CARLOS FORTIER MELENDEZ
VILLA CAROLINA
CALLE 435 BLQ 192 NUM 22
Carolina, PR 00985

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset?  ■ No  ☐ Yes

**$35.00**

---

Debtor   **MBTI OF PUERTO RICO INC**
Name

Case number (if known)

---

**3.36** | Nonpriority creditor's name and mailing address
CENGAGE LEARNING
PO BOX 95999
Chicago, IL 60694-5999

Date(s) debt was incurred  **3/15/2016**
Last 4 digits of account number  **3575**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TEXTBOOKS AND PUBLISHING SERVICES

Is the claim subject to offset? ☒ No ☐ Yes

$1,804.79

---

**3.37** | Nonpriority creditor's name and mailing address
CENTRO DE SERVICIOS DE SALUD DE
BAYAMON
AVE LOMAS VERDES IF 48
Bayamon, PR 00956

Date(s) debt was incurred  **6/21/2016**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HEALTH AND CONSULTING SERVICES

Is the claim subject to offset? ☒ No ☐ Yes

$3,705.00

---

**3.38** | Nonpriority creditor's name and mailing address
CENTRO EDUCACION SECUNDARIA
ACELERADA
PO BOX 2836
Rio Grande, PR 00745

Date(s) debt was incurred  **5/3/2016**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EDUCATION SERVICES

Is the claim subject to offset? ☒ No ☐ Yes

$29,125.00

---

**3.39** | Nonpriority creditor's name and mailing address
CH SOUND
CALLE EL TREN 142
LA PUNTILLA
Catano, PR 00962

Date(s) debt was incurred  **6/29/2016**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PROMOTION SERVICES

Is the claim subject to offset? ☒ No ☐ Yes

$3,200.00

---

**3.40** | Nonpriority creditor's name and mailing address
COCA COLA PUERTO RICO BOTTLERS
PO BOX 51985
Toa Baja, PR 00950-1985

Date(s) debt was incurred  **6/1/2016**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  BEVERAGES

Is the claim subject to offset? ☒ No ☐ Yes

$4,116.10

---

**3.41** | Nonpriority creditor's name and mailing address
COLEGIO ACELERADO EDUCACION
SECUNDARIA
URB.COUNTRY CLUB
AVE CAMPO RICO GL 25
Carolina, PR 00985

Date(s) debt was incurred  **5/13/2016**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EDUCATION SERVICES

Is the claim subject to offset? ☒ No ☐ Yes

$6,720.00

---

**3.42** | Nonpriority creditor's name and mailing address
COMFORT AIR ZONE
PO BOX 10
Dorado, PR 00646

Date(s) debt was incurred  **3/5/2016**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  AIR CONDITIONING MAINTENANCE SERVICES

Is the claim subject to offset? ☒ No ☐ Yes

$190.00

---

| Debtor | MBTI OF PUERTO RICO INC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.18 |
|---|---|---|---|

COMNET TECHNOLOGY GROUP
C 535 VIZCAYA 3 10
Carolina, PR 00985-2301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/17/2016

Basis for the claim:  COMPUTER SYSTEMS DESIGN

Last 4 digits of account number _

Is the claim subject to offset?  No ☐  Yes ☐

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $423.71 |
|---|---|---|---|

COMPUTER LINK
PO BOX 193724
San Juan, PR 00919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/16/2016

Basis for the claim:  NETWORKING AND COMPUTER MAINTENANCE SERVICES

Last 4 digits of account number _

Is the claim subject to offset?  No ☐  Yes ☐

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $112,978.37 |
|---|---|---|---|

CONCORDE METRO SEGUROS LLC
PO BOX 362708
San Juan, PR 00936-2708

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  RENT

Last 4 digits of account number _

Is the claim subject to offset?  No ☐  Yes ☐

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $111.51 |
|---|---|---|---|

CONSOLIDATED WASTE SERV CORP
PO BOX 1322
Gurabo, PR 00778-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2016

Basis for the claim:  WASTE DISPOSAL SERVICES

Last 4 digits of account number _

Is the claim subject to offset?  No ☐  Yes ☐

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $338.00 |
|---|---|---|---|

CONSTRUCTION & COMUNICATIONS CONTRACTORS
RR-10 BOX 10225 B
San Juan, PR 00926-9513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/8/2016

Basis for the claim:  MAINTENANCE SERVICES

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $910.00 |
|---|---|---|---|

CRISTIAN MARRERO
URB PONCE DE LEON
CALLE 23 NUM 246
Guaynabo, PR 00969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/28/2016

Basis for the claim:  CPR WORKSHOP

Last 4 digits of account number _

Is the claim subject to offset?  No ☐  Yes ☐

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $60.00 |
|---|---|---|---|

CRISTINA ROSADO SILVA
PO BOX 985
Rincon, PR 00677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset?  No ☐  Yes ☐

---

Debtor **MBTI OF PUERTO RICO INC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.50** Nonpriority creditor's name and mailing address<br>**CSI LEASING PUERTO RICO INC**<br>METRO OFFICE PARK 7<br>SUITE 204  OFICINA 205<br>Guaynabo, PR 00968<br><br>Date(s) debt was incurred  9/1/2015<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    $12,387.18<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  RENT<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.51** Nonpriority creditor's name and mailing address<br>**CT CORPORATION**<br>PO BOX 4349<br>Carol Stream, IL 60197-4349<br><br>Date(s) debt was incurred  8/1/2016<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    $380.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SECURITY SERVICES<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.52** Nonpriority creditor's name and mailing address<br>**DADE PAPER**<br>PO BOX 51535<br>Toa Baja, PR 00950-1535<br><br>Date(s) debt was incurred  6/21/2016<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    $2,912.65<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  CLEANING SUPPLIES<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.53** Nonpriority creditor's name and mailing address<br>**DATA ACCESS**<br>316 AVE CONSTITUCION<br>SUITE 100<br>San Juan, PR 00901<br><br>Date(s) debt was incurred  3/1/2016<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    $59,682.40<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  NETWORK MAINTENANCE SERVICES<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.54** Nonpriority creditor's name and mailing address<br>**DATA TEK**<br>AVENIDA CONSTITUCION NUM 316<br>San Juan, PR 00901<br><br>Date(s) debt was incurred  3/1/2016<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    $15,120.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SOFTWARE AND COMPUTERS EQUIPMENT CONSULTING SERVICES<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.55** Nonpriority creditor's name and mailing address<br>**DEL RIO TRADING AND BEAUTY SUPPLY**<br>PO BOX 779<br>Camuy, PR 00627<br><br>Date(s) debt was incurred  6/20/2016<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    $108,732.55<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  BEAUTY PRODUCTS<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.56** Nonpriority creditor's name and mailing address<br>**DEL VALLE AND ASOC CORP**<br>HC 10 BOX 49401<br>Caguas, PR 00725<br><br>Date(s) debt was incurred  2/23/2015<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    $48,186.64<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ACCOUNTING AND AUDITING SERVICES<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

Debtor    **MBTI OF PUERTO RICO INC**
_____    Case number (if known) _____
Name

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $65.56 |

**DEPORTES SALVADOR COLOM**
PO BOX 9235
San Juan, PR 00908-0235
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/17/2016
Last 4 digits of account number __

Basis for the claim:  SPORTS UNIFORMS AND EQUIPMENT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,787.50 |

**DEYA ELEVATOR SERVICES INC**
PO BOX 362411
San Juan, PR 00936-2411
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/21/2016
Last 4 digits of account number __

Basis for the claim:  ELEVATOR MAINTENANCE SERVICE

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $503.10 |

**DIEGO MONTANEZ SANCHEZ**
PO BOX 340
Puerto Real, PR 00740
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2016
Last 4 digits of account number __

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,452.00 |

**DRA LOURDES MERCADO TORRES**
PO BOX 117
Isabela, PR 00662
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/8/2016
Last 4 digits of account number __

Basis for the claim:  MEDICAL SERVICES (VACCINES)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $500.00 |

**DUNAMIS CONTROL SERVICE INC**
HC 02 BOX 6328
Lares, PR 00669
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2016
Last 4 digits of account number __

Basis for the claim:  PEST CONTROL SERVICES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,472.12 |

**ECOLAB MANUFACTURING INC**
PO BOX 607086
Bayamon, PR 00960
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/2016
Last 4 digits of account number __

Basis for the claim:  CLEANING SUPPLIES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $325.00 |

**EDDIES REFRIGERATION SERV**
CALLE GUAYAMA NUM 62
San Juan, PR 00917
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/27/2016
Last 4 digits of account number __

Basis for the claim:  MAINTENANCE SERVICES

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **MBTI OF PUERTO RICO INC**                              Case number *(if known)* _____
_____
Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $3,168.90 |
|---|---|---|---|

**EMPRESAS DE GAS CO., INC.**
PO BOX 1025
Sabana Seca, PR 00952-1230

Date(s) debt was incurred **4/18/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **PROPANE GAS SUPPLIER**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,640.00 |
|---|---|---|---|

**ERIC SANTIAGO**
BARRIO MAMEY CARR 933 KM 1 4
Juncos, PR 00777

Date(s) debt was incurred **5/23/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **AIR CONDITIONING MAINTENANCE SERVICE**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $120.00 |
|---|---|---|---|

**ESCUELA VIRTUAL DE PUERTO RICO**
COND COBIANS PLAZA
1607 AVE PONCE DE LEON APT PH7
San Juan, PR 00909

Date(s) debt was incurred **8/11/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **EDUCATIONAL SUPPLIES**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $842.00 |
|---|---|---|---|

**EUROAMERICANA DE EDICIONES CORP**
PO BOX 195697
San Juan, PR 00919-5697

Date(s) debt was incurred **12/3/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **TEXTBOOKS**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**FERNANDO GARCIA SANTOS**
URB LEVITOWN
DB 15 CALLE LAGO PATILLAS
Toa Baja, PR 00949

Date(s) debt was incurred **7/1/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **EMPLOYEE EXPENSES REIMBURSEMENT**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $6,436.35 |
|---|---|---|---|

**FIRE FOE INC**
PO BOX 4656
Carolina, PR 00984

Date(s) debt was incurred **11/10/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **SAFETY EQUIPMENT**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $67,934.95 |
|---|---|---|---|

**FIRST SECURITY MILLENIUM CORP**
PO BOX 1977
Bayamon, PR 00960-1977

Date(s) debt was incurred **7/15/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **SECURITY SERVICES**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **MBTI OF PUERTO RICO INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$8,547.00**

FRANKIE RODRIGUEZ
RR 7 BOX 7535
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/1/2015**

Basis for the claim: **COMPUTER NETWORK MAINTENANCE SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$35.00**

FREDDY LOZADA NEGRON
URB INMACULADA
CALLE PADRE APONTE NUM 117
Vega Alta, PR 00692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2016**

Basis for the claim: **EMPLOYEE EXPENSES REIMBURSEMENT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$35.00**

GABRIEL RODRIGUEZ SANTIAGO
REPARTO FLAMBOYAN
C 7 CALLE CIPRES
Mayaguez, PR 00680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2016**

Basis for the claim: **EMPLOYEE EXPENSES REIMBURSEMENT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$897.80**

GARRIGA PAPER
PO BOX 364862
San Juan, PR 00936-4862

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/7/2016**

Basis for the claim: **OFFICE SUPPLIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$10,984.00**

GASPARDS DE PUERTO RICO
PO BOX 838 CALLE JOSE D DIEGO
251 BARRIO TOITA
Cayey, PR 00737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/13/2016**

Basis for the claim: **PROPANE GAS SUPPLIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$11,699.11**

GRAPHIC PRINTING
PMB 325
35 CALLE JUAN C BORBON SUITE 67
Guaynabo, PR 00969-5375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/29/2016**

Basis for the claim: **PRINTING SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$456.61**

GUARDIAN ELECTRONIC SECURITY SERV
PO BOX 13966
San Juan, PR 00908-3966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/1/2016**

Basis for the claim: **SECURITY SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | MBTI OF PUERTO RICO INC | Case number (if known) |
|---|---|---|
| | Name | |

**3.78** Nonpriority creditor's name and mailing address
GUILLERMO RODRIGUEZ FIGUEROA
URB VILLA UNIVERSITARIA
CALLE 4 A 21
Humacao, PR 00791

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.79** Nonpriority creditor's name and mailing address
HASLER INC
PO BOX 30193
Tampa, FL 33630-3193

Date(s) debt was incurred  2/2/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  POSTAGE EQUIPMENT

Is the claim subject to offset? ■ No ☐ Yes

$3,326.62

---

**3.80** Nonpriority creditor's name and mailing address
HERA PRINTING CORP
PO BOX 362370
San Juan, PR 00936-2370

Date(s) debt was incurred  1/11/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PRINTING SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$25,063.52

---

**3.81** Nonpriority creditor's name and mailing address
HLB PARISSI
PO BOX 195607
San Juan, PR 00918-4149

Date(s) debt was incurred  1/11/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ACCOUNTING SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$45,636.55

---

**3.82** Nonpriority creditor's name and mailing address
HOSTOS MEDICAL SERV
PO BOX 1586
Mayaguez, PR 00681

Date(s) debt was incurred  4/21/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MEDICAL SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$2,173.00

---

**3.83** Nonpriority creditor's name and mailing address
HUMBERTO VIDAL INC
DIVISION LEGAL
PO BOX 21480
San Juan, PR 00928-1480

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  RENT

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.84** Nonpriority creditor's name and mailing address
IDALI ARROYO RUIZ
RR 02 BUZON 3789
Anasco, PR 00610

Date(s) debt was incurred  4/30/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ■ No ☐ Yes

$31.82

---

Debtor  **MBTI OF PUERTO RICO INC**
_____    Case number (if known) _____
Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $8,547.80 |

**INTERACTIVE TECHNOLOGY**
470 AVE PONCE DE LEON
San Juan, PR 00920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/11/2016

Basis for the claim:  LIGHTING EQUIPMENT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,070.40 |

**INTERIORES DEL OESTE INC**
PO BOX 3150
Mayaguez, PR 00681-3150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/22/2016

Basis for the claim:  ACOUSTICAL CONTRACTORS

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $264,481.00 |

**INTERNAL REVENUE SERVICE**
PO BOX 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/31/2012

Basis for the claim:  CORPORATE INCOME TAX
(10/31/2012 TAX RETURN)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $20,233.61 |

**IRCON PR**
PO BOX 19600
FERNANDEZ JUNCOS STATION
San Juan, PR 00910-1600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2/2015

Basis for the claim:  CONSULTING SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,367.80 |

**ISRAEL LEBRON**
PUESTO V 22 23
PLAZA DEL MERCADO
Mayaguez, PR 00680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/6/2016

Basis for the claim:  FOOD SUPPLIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $35.00 |

**JACKELINE LINARES**
PO BOX 70171
PMB 138
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $35.00 |

**JAYMAR NEGRON VALENTIN**
HC 01 BOX 4998
Naguabo, PR 00718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MBTI OF PUERTO RICO INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $455.00 |
|---|---|---|---|
| | JB PLUMBING<br>HC 1 BOX 5161<br>Barranquitas, PR 00794 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/6/2015 | Basis for the claim:  MAINTENANCE SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $60.00 |
|---|---|---|---|
| | JEAN MARIE BATISTA GUZMAN<br>COND GALLERY PLAZA<br>103 AVE DE DIEGO APT 1007<br>San Juan, PR 00911 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/1/2016 | Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,022.77 |
|---|---|---|---|
| | JOE AND VIC<br>PO BOX 13502<br>San Juan, PR 00908 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/23/2015 | Basis for the claim:  KITCHEN EQUIPMENT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|
| | JORGE CASTILLO NEGRON<br>110 MARGINAL<br>APARTADO 15 A<br>Bayamon, PR 00959 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/1/2016 | Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.66 |
|---|---|---|---|
| | JORGE OTERO<br>PLAZA MERCADO<br>CALLE ROBERT LOCAL NUM 5<br>San Juan, PR 00907 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/1/2016 | Basis for the claim:  GROCERIES (CAFETERIA) | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|
| | JOSE GONZALEZ<br>CALLE LAGUNA 171 A<br>BARRIO ISRAEL<br>San Juan, PR 00917 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/19/2016 | Basis for the claim:  ELECTRICAL TECHNICIAN | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,550.00 |
|---|---|---|---|
| | JOSE GUZMAN GS EXHIBIT<br>URB VILLAS DE SAN AGUSTIN<br>CALLE 4 B-1<br>Bayamon, PR 00959-2036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/9/2016 | Basis for the claim:  MANAGEMENT CONSULTING SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **MBTI OF PUERTO RICO INC**                              Case number (if known) _____
         Name

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $232.50
| **JOSE MANUEL ESTRADA PAGANI** | ☐ Contingent |
| **VITALCOLON NUM 11** | ☐ Unliquidated |
| San Sebastian, PR 00685 | ☐ Disputed |
| Date(s) debt was incurred  6/30/2016 | Basis for the claim:  PROFESSIONAL SERVICES |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $31,510.25
| **JOSE SANTIAGO INC** | ☐ Contingent |
| **PO BOX 191795** | ☐ Unliquidated |
| San Juan, PR 00919-1795 | ☐ Disputed |
| Date(s) debt was incurred  5/4/2016 | Basis for the claim:  FOOD SUPPLIES |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $649.93
| **JOSE W SUAREZ** | ☐ Contingent |
| **PO BOX 329** | ☐ Unliquidated |
| Cabo Rojo, PR 00623 | ☐ Disputed |
| Date(s) debt was incurred  1/25/2016 | Basis for the claim:  ELECTRICAL TECHNICIAN |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $60.00
| **JUAN BENIQUEZ** | ☐ Contingent |
| **CALLE RASPINELL #909** | ☐ Unliquidated |
| **COUNTRY CLUB** | ☐ Disputed |
| San Juan, PR 00924 | |
| Date(s) debt was incurred  7/1/2016 | Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $202,513.20
| **JUAN CARLOS INC** | ☐ Contingent |
| **PO BOX 439** | ☐ Unliquidated |
| Loiza, PR 00772 | ☐ Disputed |
| Date(s) debt was incurred  7/31/2015 | Basis for the claim:  TRANSPORTATION SERVICES |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $11,682.21
| **K R IMPORTS INC** | ☐ Contingent |
| **3105 TERRALINDA COURT** | ☐ Unliquidated |
| Trujillo Alto, PR 00976 | ☐ Disputed |
| Date(s) debt was incurred  2/1/2015 | Basis for the claim:  UNIFORMS |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $340.08
| **KERAMER CORP** | ☐ Contingent |
| **CALLE SAN MARTIN NUM 70** | ☐ Unliquidated |
| Guaynabo, PR 00968 | ☐ Disputed |
| Date(s) debt was incurred  12/18/2015 | Basis for the claim:  BEAUTY PRODUCTS SUPPLIES |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

---

| Debtor | MBTI OF PUERTO RICO INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $35.00 |
|---|---|---|---|
| | KIDANY MUNET VELEZ<br>AVE LOS FILTROS NUM 300<br>BOULEVAR DEL RIO 1 APT H227<br>Guaynabo, PR 00971 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/1/2016 | Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.50 |
|---|---|---|---|
| | KIRSTY C MENDEZ RODRIGUEZ<br>COND BELLEVIEW<br>148 A CALLE 2<br>Trujillo Alto, PR 00976 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/1/2016 | Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,096.64 |
|---|---|---|---|
| | KODE TECHNOLOGIES PUERTO RICO INC<br>MARIO JULIA IND PARK<br>698 CALLE B STE 1<br>San Juan, PR 00920 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/4/2016 | Basis for the claim:  COMPUTER EQUIPMENT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.48 |
|---|---|---|---|
| | KRISIA ABREU VELEZ<br>HC 03 BOX 6272<br>Humacao, PR 00791 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/31/2016 | Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $6,793.39 |
|---|---|---|---|
| | KRISTOR ENTERPRISES INC<br>3105 TERRALINDA COURT<br>Trujillo Alto, PR 00976-3917 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/7/2016 | Basis for the claim:  UNIFORMS | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,010.88 |
|---|---|---|---|
| | LCDO JESUS BIRD SERRANO<br>PO BOX 946<br>CALLE GARRIDO MORALES 15<br>Canovanas, PR 00729 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/1/2016 | Basis for the claim:  RENT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $11,176.48 |
|---|---|---|---|
| | LCDO LUIS A LOPEZ LOPEZ<br>EDIF PARADICE CERAMICS<br>932 AVE HOSTOS OFICINA A 1<br>Mayaguez, PR 00680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/1/2015 | Basis for the claim:  LEGAL SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **MBTI OF PUERTO RICO INC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.113** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* **$350.00** |

**3.113**
Nonpriority creditor's name and mailing address
**LEMRS CORP**
PMB 504 PO BOX 819
Lares, PR 00669

Date(s) debt was incurred  5/23/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CONTINUED EDUCATION SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

**3.114**
Nonpriority creditor's name and mailing address
**LIBRERIA LUNA**
URB OASIS GARDENS
CALLE ARGENTINA A 18
Guaynabo, PR 00969

Date(s) debt was incurred  11/30/2015
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TEXTBOOKS

Is the claim subject to offset? ■ No ☐ Yes

$765.45

---

**3.115**
Nonpriority creditor's name and mailing address
**LINDA M FIGUEROA**
COND TORRES DEL PARQUE SUR
1700 AVE  F MONTILLA APT1603
Bayamon, PR 00956-3071

Date(s) debt was incurred  7/1/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ☐ No ☐ Yes

$60.00

---

**3.116**
Nonpriority creditor's name and mailing address
**LOURDES ACEVEDO**
HC 03 BOX 34555
Aguadilla, PR 00603

Date(s) debt was incurred  6/7/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EDUCATION SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$1,200.00

---

**3.117**
Nonpriority creditor's name and mailing address
**MAFIBO REALTY INC**
PO BOX 1169
Fajardo, PR 00738

Date(s) debt was incurred  7/1/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  RENT

Is the claim subject to offset? ☐ No ☐ Yes

$24,000.00

---

**3.118**
Nonpriority creditor's name and mailing address
**MANUEL FREIJE ARCE INC**
CALL BOX 1904
Toa Baja, PR 00950-1904

Date(s) debt was incurred  4/11/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ELECTRIC AND PLUMBING MATERIALS

Is the claim subject to offset? ■ No ☐ Yes

$1,084.42

---

**3.119**
Nonpriority creditor's name and mailing address
**MANUEL MUNIZ ORTIZ**
PO BOX 9033
San Juan, PR 00908

Date(s) debt was incurred  7/1/2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  RENT

Is the claim subject to offset? ■ No ☐ Yes

$1,300.00

---

| Debtor | **MBTI OF PUERTO RICO INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.120** | Nonpriority creditor's name and mailing address

MARANYELIZ FUENTES MEDINA
PO BOX 289
Palmer, PR 00721

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ☒ No ☐ Yes

$35.00

---

**3.121** | Nonpriority creditor's name and mailing address

MARIA BRITO LABOY
5 EXT VILLA NAVARRO
Maunabo, PR 00707

Date(s) debt was incurred  4/30/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ☒ No ☐ Yes

$78.82

---

**3.122** | Nonpriority creditor's name and mailing address

MARIA ESTRADA COLON
HC 05 BOX 56945
Mayaguez, PR 00680

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ☒ No ☐ Yes

$35.00

---

**3.123** | Nonpriority creditor's name and mailing address

MARILYN LEON
CALLE FLOR DE PRIMAVERA
407 RIVER GARDENS
Canovanas, PR 00729

Date(s) debt was incurred  3/31/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CATERING SERVICES

Is the claim subject to offset? ☒ No ☐ Yes

$1,173.37

---

**3.124** | Nonpriority creditor's name and mailing address

MARLENE ROCHA IZQUIERDO
UNKNOW

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  RENT

Is the claim subject to offset? ☒ No ☐ Yes

$2,700.00

---

**3.125** | Nonpriority creditor's name and mailing address

MARTA MONTANEZ ORTIZ
URB RAMIREZ DE ARELLANO
CALLE CAMPECHE 34
Mayaguez, PR 00682

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ☒ No ☐ Yes

$35.00

---

**3.126** | Nonpriority creditor's name and mailing address

MARVIC PARKING SERVICES
CALLE PERAL NUM 27
Mayaguez, PR 00680

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PARKING RENT

Is the claim subject to offset? ☒ No ☐ Yes

$3,900.00

---

| Debtor | **MBTI OF PUERTO RICO INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**MAYAGUEZ PARKING CENTRO**
**ENSANCHE RAMIREZ NUM 262**
**CALLE MIRAMAR**
**Mayaguez, PR 00682-6208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/1/2016_

Basis for the claim: **PARKING RENT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,088.70 |
|---|---|---|---|

**MENACO CORPORATION**
**PO BOX 70183**
**San Juan, PR 00936-8183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/10/2016_

Basis for the claim: **JANITORIAL SUPPLIES**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |
|---|---|---|---|

**MIC CORPORATION**
**PO BOX 19600**
**FERNANDO JUNCOS STA**
**San Juan, PR 00910-1600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/1/2016_

Basis for the claim: **RENT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $60.00 |
|---|---|---|---|

**MIGDALIA ILLAS**
**URB VILLAS DE LOIZA**
**CALLE 12 P 38**
**Canovanas, PR 00729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/1/2016_

Basis for the claim: **EMPLOYEE EXPENSES REIMBURSEMENT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.40 |
|---|---|---|---|

**MILLIE C ROSA PADUA**
**URB RIVER VALLEY 5323**
**CALLE CANOVANAS**
**Canovanas, PR 00729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _4/30/2016_

Basis for the claim: **EMPLOYEE EXPENSES REIMBURSEMENT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,625.00 |
|---|---|---|---|

**MQ SOUND**
**REPARTO LAS DELICIAS NUM 7**
**CARR NUM 102 KM 38 2**
**San German, PR 00683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _6/20/2016_

Basis for the claim: **SOUND AND LIGHT EQUIPMENT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $27,000.00 |
|---|---|---|---|

**MR TODD LLC**
**MIRAMAR PLAZA CENTER**
**954 AVE PONCE DE LEON SUITE 204**
**San Juan, PR 00908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/1/2016_

Basis for the claim: **PARKING RENT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **MBTI OF PUERTO RICO INC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.134** | Nonpriority creditor's name and mailing address

**MULTISYSTEMS**
PO BOX 191938
San Juan, PR 00919-1938

Date(s) debt was incurred  **4/11/2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EQUIPMENT REPAIRS**

Is the claim subject to offset?  ☐ No   ☐ Yes

**$295.48**

---

**3.135** | Nonpriority creditor's name and mailing address

**NALDITOS BUS LINE INC**
PO BOX 2
Sabana Grande, PR 00637

Date(s) debt was incurred  **10/31/2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRANSPORTATION SERVICES**

Is the claim subject to offset?  ☐ No   ☐ Yes

**$175,480.00**

---

**3.136** | Nonpriority creditor's name and mailing address

**NATIONAL LIFE INSURANCE COMPANY**
PO BOX 366107
San Juan, PR 00936-6107

Date(s) debt was incurred  **7/1/2016**
Last 4 digits of account number  **8000**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIFE INSURANCE (EMPLOYEES)**

Is the claim subject to offset?  ☐ No   ☐ Yes

**$295.46**

---

**3.137** | Nonpriority creditor's name and mailing address

**NEOPOST USA INC**
25880 NETWORK PLACE
Chicago, IL 60673-1258

Date(s) debt was incurred  **3/17/2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAILING SOLUTIONS AND SHIPING SOFTWARE**

Is the claim subject to offset?  ☐ No   ☐ Yes

**$880.38**

---

**3.138** | Nonpriority creditor's name and mailing address

**NOEL PAMIAS**
PO BOX 772
Carolina, PR 00986-0772

Date(s) debt was incurred  **3/4/2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PEST CONTROL SERVICES**

Is the claim subject to offset?  ☐ No   ☐ Yes

**$8,696.27**

---

**3.139** | Nonpriority creditor's name and mailing address

**NOELVIS SAEZ CASTANEDA**
ATLANTIC VIEW
161 VENUS
Carolina, PR 00979

Date(s) debt was incurred  **4/30/2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT**

Is the claim subject to offset?  ☐ No   ☐ Yes

**$134.92**

---

**3.140** | Nonpriority creditor's name and mailing address

**OFFICE BUDDIES**
PO BOX 589
Guaynabo, PR 00970

Date(s) debt was incurred  **4/15/2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **OFFICE SUPPLIES**

Is the claim subject to offset?  ☐ No   ☐ Yes

**$12,069.89**

---

| Debtor | MBTI OF PUERTO RICO INC | Case number (if known) | |
|--------|-------------------------|------------------------|--|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address
OLGA LEON COLON
ESTABCIAS SAN PEDRO
I 52 SAN LUCAS
Fajardo, PR 00738

Date(s) debt was incurred  7/1/2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.142** | Nonpriority creditor's name and mailing address
ORIENTAL BANK
PO BOX 195115
San Juan, PR 00919-5115

Date(s) debt was incurred  5/25/2015
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CREDIT CARD

Is the claim subject to offset? ■ No ☐ Yes

**$37,472.77**

---

**3.143** | Nonpriority creditor's name and mailing address
ORIENTAL BANK
PO BOX 195115
San Juan, PR 00919-5115

Date(s) debt was incurred  1/29/2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  RETIREMENT PLAN MANAGEMENT FEES

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.144** | Nonpriority creditor's name and mailing address
ORLANDO CLARK COLON
URB ALTURAS DE SAN PEDRO
CALLE SAN CRISTOBAL R 34
Fajardo, PR 00738

Date(s) debt was incurred  5/31/2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ■ No ☐ Yes

**$20.64**

---

**3.145** | Nonpriority creditor's name and mailing address
ORLANDO NATERA PENA
CALLE LOIZA 11903
San Juan, PR 00911

Date(s) debt was incurred  2/28/2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CATERING SERVICES

Is the claim subject to offset? ■ No ☐ Yes

**$1,515.00**

---

**3.146** | Nonpriority creditor's name and mailing address
PABLO GUADALUPE MENDOZA
VISTAS DE LUQUILLO II
305 CALLE DIAMANTE H 2
Luquillo, PR 00773

Date(s) debt was incurred  7/1/2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.147** | Nonpriority creditor's name and mailing address
PEARSON EDUCATION
PO BOX 366408
San Juan, PR 00936-6408

Date(s) debt was incurred  5/12/2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TEXTBOOKS

Is the claim subject to offset? ■ No ☐ Yes

**$284.28**

---

Debtor **MBTI OF PUERTO RICO INC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.148 | Nonpriority creditor's name and mailing address | |
| | **PITNEY BOWES PUERTO RICO INC** | **$3,490.27** |
| | PO BOX 11662 | |
| | San Juan, PR 00922-1662 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/25/2016

Basis for the claim:  MAILING SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 | Nonpriority creditor's name and mailing address | |
| | **POPULAR AUTO, INC.** | **$1,901.20** |
| | PO BOX 15011 | |
| | San Juan, PR 00902-8511 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  VEHICLE LEASE

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 | Nonpriority creditor's name and mailing address | |
| | **PR OFFICE SOLUTIONS** | **$6,921.76** |
| | PMB 339 100 GRAND PASEO | |
| | BLVD SUITE 112 | |
| | San Juan, PR 00926-5955 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2016

Basis for the claim:  OFFICE SUPPLIES

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 | Nonpriority creditor's name and mailing address | |
| | **PRECISION EXTERMINATING SERV** | **$8,486.00** |
| | PMB 147 | |
| | 352. AVE. SAN CLAUDIO | |
| | San Juan, PR 00926 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/4/2015

Basis for the claim:  PEST CONTROL SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152 | Nonpriority creditor's name and mailing address | |
| | **PRLP PROPERTIES I LLC** | **$66,360.09** |
| | COLGATE PALMOLIVE BLDG STE 308 | |
| | STREET 1 METRO OFFICE PARK | |
| | Guaynabo, PR 00968-1705 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2016

Basis for the claim:  RENT

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153 | Nonpriority creditor's name and mailing address | |
| | **PROGRESSIVE SALES AND SERVICES** | **$183.98** |
| | PO BOX 10876 | |
| | San Juan, PR 00922-0876 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/11/2016

Basis for the claim:  KITCHEN EQUIPMENT AND SUPPLIES

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154 | Nonpriority creditor's name and mailing address | |
| | **PUERTO RICO DUST CONTROL** | **$5,882.14** |
| | PO BOX 362048 | |
| | San Juan, PR 00936-2048 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2015

Basis for the claim:  MAINTENANCE SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **MBTI OF PUERTO RICO INC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.155 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply $1,915.51 |
| **PUERTO RICO HOSPITAL SUPPLY INC** | ☐ Contingent |
| **CALL BOX 158** | ☐ Unliquidated |
| **Carolina, PR 00986-0158** | ☐ Disputed |
| Date(s) debt was incurred  1/20/2016 | Basis for the claim:  **MEDICAL SUPPLIES** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.156 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $10,609.84 |
| **QUALITY CLEANING PRODUCTS RC INC** | ☐ Contingent |
| **PMB 546** | ☐ Unliquidated |
| **PO BOX 607061** | ☐ Disputed |
| **Bayamon, PR 00960-7061** | |
| Date(s) debt was incurred  12/29/2015 | Basis for the claim:  **CLEANING SUPPLIES** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.157 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply $910.00 |
| **QUINONES MEDICAL TRAINING** | ☐ Contingent |
| **URB PASEOS DE CEIBA** | ☐ Unliquidated |
| **AVE CEIBA 33** | ☐ Disputed |
| **Ceiba, PR 00735** | |
| Date(s) debt was incurred  8/12/2016 | Basis for the claim:  **CONTINUED EDUCATION SERVICES** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.158 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply $35.00 |
| **RAFAEL AGOSTO CARTAGENA** | ☐ Contingent |
| **ALTURAS DE RIO GRANDE** | ☐ Unliquidated |
| **CALLE 3 D 154** | ☐ Disputed |
| **Rio Grande, PR 00745** | |
| Date(s) debt was incurred  7/1/2016 | Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.159 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2,243.88 |
| **REFRIMECH PLUS CORP** | ☐ Contingent |
| **PO BOX 194408** | ☐ Unliquidated |
| **San Juan, PR 00919-2523** | ☐ Disputed |
| Date(s) debt was incurred  6/15/2016 | Basis for the claim:  **AIR CONDITIONING MAINTENANCE** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.160 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply $248.32 |
| **RESTROOM SERVICES** | ☐ Contingent |
| **PO BOX 362048** | ☐ Unliquidated |
| **San Juan, PR 00936-2048** | ☐ Disputed |
| Date(s) debt was incurred  12/16/2015 | Basis for the claim:  **CLEANING SUPPLIES** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.161 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply $35.00 |
| **RICARDO GOMEZ DAVILA** | ☐ Contingent |
| **BO DUQUE** | ☐ Unliquidated |
| **BUZON 2180 A** | ☐ Disputed |
| **Naguabo, PR 00718** | |
| Date(s) debt was incurred  7/1/2016 | Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor  **MBTI OF PUERTO RICO INC**                                    Case number (if known) _____
       Name

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $5,090.98 |

**RICOH**
PO BOX 71459
San Juan, PR 00936-8559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/26/2016

Last 4 digits of account number __

Basis for the claim:  **PHOTOCOPIERS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $35.00 |

**ROBERTO SEDA COLONDRES**
PO BOX 180
Maricao, PR 00606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $60.00 |

**ROMMEL E ALFONSECA PEREZ**
LA ESPERANZA S-42
CALLE 16
Vega Alta, PR 00692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $700.00 |

**SIMON RIVERA**
URB BRISAS DE LOIZA
NUM 234 CALLE LIBRA
Canovanas, PR 00729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/8/2016

Last 4 digits of account number __

Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,043.46 |

**SPECIALTY OFFICE PRODUCTS**
PO BOX 1914
Guaynabo, PR 00970-1014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/3/2016

Last 4 digits of account number __

Basis for the claim:  **OFFICE SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $555.00 |

**STEVEN DIAZ**
BO OBRERO
CALLE 7 NUM 623
San Juan, PR 00915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/23/2016

Last 4 digits of account number __

Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $12,354.20 |

**SYSTRONICS**
PO BOX 194030
San Juan, PR 00919-4030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/9/2016

Last 4 digits of account number __

Basis for the claim:  **PHOTOCOPIER EQUIPMENT LEASING**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **MBTI OF PUERTO RICO INC**          Case number (if known) _____
         Name

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,583.17 |

**THE OFFICE SHOOP**
PO BOX 195497
San Juan, PR 00919-5497

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/11/2016

Basis for the claim:  OFFICE SUPPLIES

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $905.67 |

**THE SHERWIN WILLIAMS**
AVE DE DIEGO NUM 570
PUERTO NUEVO
San Juan, PR 00920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/8/2016

Basis for the claim:  PAINTING MATERIALS

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $17.50 |

**TOMAS MORALES SANTANA**
URB QUINTAS DE DORADO
CALLE CAOBA J 9
Dorado, PR 00646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $17,556.78 |

**TRAFON GROUP**
MERCADO CENTRAL CALLE C 1229
San Juan, PR 00920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/20/2016

Basis for the claim:  FOOD SUPPLIES

Last 4 digits of account number  2020

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $599,605.00 |

**TRANSPORTE DIAZ INC**
NUM 60 HACIENDA PRIMAVERA
Cidra, PR 00739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/31/2015

Basis for the claim:  TRANSPORTATION SERVICES

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $114,900.00 |

**TRANSPORTE ESCOLAR GIL INC**
RR 11 BOX 5721
BO NUEVO
Bayamon, PR 00956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/29/2016

Basis for the claim:  TRANSPORTATION SERVICES

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $159,963.55 |

**TRIPLE-S SALUD**
PO BOX 71548
San Juan, PR 00936-8648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  HEALTH INSURANCE

Last 4 digits of account number  0037

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **MBTI OF PUERTO RICO INC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $107,902.96 |
|---|---|---|---|
| | TRUE GUARD SECURITY INC<br>161 AVE PONCE DE LEON<br>OFICINA 304<br>San Juan, PR 00917 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred **3/15/2016**<br>Last 4 digits of account number **_** | Basis for the claim: **SECURITY SERVICES**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $230.81 |
|---|---|---|---|
| | UNITED ELECTRICAL SUPPLY INC<br>URB REPARTO SEVILLA NUM 959<br>CALLE PAGANINI<br>San Juan, PR 00924 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/7/2016**<br>Last 4 digits of account number **_** | Basis for the claim: **MAINTENANCE SERVICES**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,140,712.93 |
|---|---|---|---|
| | UNITED ENTREPRENEURS LLC<br>URB VILLA CAPARRA<br>13 CALLE A<br>Guaynabo, PR 00966 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/7/2012**<br>Last 4 digits of account number **_** | Basis for the claim: **(FORMERLY FA & SONS, S.E.) NOTES PAYABLE**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $612.70 |
|---|---|---|---|
| | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>Sabana Seca, PR 00952-1051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5/31/2016**<br>Last 4 digits of account number **_** | Basis for the claim: **MEDICAL SUPPLIES AND EQUIPMENT**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $579.80 |
|---|---|---|---|
| | UNIVERSAL FIRE EQUIPMENT<br>URB MONTE BELLO<br>NUM 5015<br>Hormigueros, PR 00660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5/27/2016**<br>Last 4 digits of account number **_** | Basis for the claim: **SAFETY EQUIPMENT**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $19,375.35 |
|---|---|---|---|
| | UNIVERSAL INSURANCE COMPANY<br>PO BOX 71338<br>San Juan, PR 00936-8438 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/1/2016**<br>Last 4 digits of account number **_** | Basis for the claim: **RENT**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | US DEPARTMENT OF EDUCATION<br>FINANCIAL SQUARE<br>32 OLD SLIP 25TH FLOOR<br>New York, NY 10005 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/15/2016**<br>Last 4 digits of account number **_** | Basis for the claim: **PROCEEDING FROM REVIEW PROGRAM**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor  **MBTI OF PUERTO RICO INC**
_____
Name

Case number (if known) _____

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00
VIASINC
1766 LACASSIE AVE
SUITE 103
Orinda, CA 94563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/12/2016

Basis for the claim:  VOCATIONAL INSTRUCT. & SOFTWARE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,208.00
VICENTE AND CUEBAS LAW OFFICE
PO BOX 11609
San Juan, PR 00910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/19/2015

Basis for the claim:  LEGAL SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00
VIVIANA CINTRON DIAZ
UNKNOW

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00
WALLYS ORTIZ ACOSTA
NUM 16 CALLEJON FAS
Cabo Rojo, PR 00623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $35.00
WESLEY PAGAN GUADALUPE
BO SAINT JUST
CALLE 2 148 A
Trujillo Alto, PR 00976

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2016

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $8,559.35
WORLDNET TELECOMMUNICATIONS INC
PO BOX 70201
San Juan, PR 00936-8201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/2016

Basis for the claim:  DATA AND INTERNET SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $50.52
YARITZA CRUZ ALVARADO
CONDOMINIO CAMINITO 27
CARR189 APTO 2708
San Juan, PR 00919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2016

Basis for the claim:  EMPLOYEE EXPENSES REIMBURSEMENT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MBTI OF PUERTO RICO INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $35.00 |
|---|---|---|---|
| | **YESENIA COLON CRUZ**<br>**PORTALES DE SAN JUAN**<br>**APT J 175**<br>**San Juan, PR 00924** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _7/1/2016_ | Basis for the claim:  **EMPLOYEE EXPENSES REIMBURSEMENT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 306,374.31 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 5,141,609.65 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c.: | $ | 5,447,983.96 |

**Fill in this information to identify the case:**

Debtor name    **MBTI OF PUERTO RICO INC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 2012 VOLKSWAGEN BETTLE SERIAL NUM. 3VNVA7ATXCM638677 | |
| | State the term remaining | MONTH TO MONTH | AUTOMOTIVE RENTAL INC PO BOX 8500-4375 Philadelphia, PA 19178-4375 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 2013 MAZDA CX5 SERIAL NUM. JM3KEZ8E5D0114233 | |
| | State the term remaining | MONTH TO MONTH | AUTOMOTIVE RENTAL INC PO BOX 5039 Mount Laurel, NJ 08054 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | 2012 FORD TRANSIT SERIAL NUM. NMOKS9BN6CT123480 | |
| | State the term remaining | MONTH TO MONTH | AUTOMOTIVE RENTAL INC PO BOX 5039 Mount Laurel, NJ 08054 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 2012 FORD TRANSIT SERIAL NUM. NMOLS7AN4CT123469 | |
| | State the term remaining | MONTH TO MONTH | AUTOMOTIVE RENTAL INC PO BOX 5039 Mount Laurel, NJ 08054 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | MBTI OF PUERTO RICO INC | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 2014 LEXUS RX350 SERIAL NUM. JTJBK1BA6E2036041 | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | AUTOMOTIVE RENTAL INC PO BOX 5039 Mount Laurel, NJ 08054 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | 2014 HONDA ACCORD EX-L SERIAL NUM. 2HGCR3F86EA008429 | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | AUTOMOTIVE RENTAL INC PO BOX 5039 Mount Laurel, NJ 08054 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | 2015 ACURA MDX SERIAL NUM. 5FRYD3H46FB002974 | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | AUTOMOTIVE RENTAL INC PO BOX 5039 Mount Laurel, NJ 08054 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | FINANCING SERVICES FOR STUDENTS | |
|---|---|---|---|
| | State the term remaining | EIGHTEEN (18) MONTHS, COMMENCING ON JULY 31, 2014 | COOP DE AHORRO Y CREDITO DE BARRANQUITAS PO BOX 686 Barranquitas, PR 00794 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR MAINTENANCE CONTRACT FOR FACILITIES AT 1256 PONCE DE LEON AVENUE, SANTURCE, PUERTO RICO | |
|---|---|---|---|
| | State the term remaining | ONE (1) YEAR, COMMENCING ON OCTOBER 18, 2011 | DEYA ELEVATOR SERVICES INC PO BOX 362411 San Juan, PR 00936-2411 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **MBTI OF PUERTO RICO INC**                          Case number *(if known)*
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**               State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

| | | | |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **ELEVATOR MAINTENANCE CONTRACT FOR FACILITIES AT 205 MUÑOZ RIVERA STREET, FAJARDO, PUERTO RICO** | |
| | State the term remaining | **ONE (1) YEAR, COMMENCING ON OCTOBER 18, 2011** | **DEYA ELEVATOR SERVICES INC** |
| | List the contract number of any government contract | | **PO BOX 362411 San Juan, PR 00936-2411** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE (A) BUILDING AT 203 MUÑOZ RIVERA, FAJARDO, PR** | |
| | | **(B) PARCEL OF LAND AT ISABEL ABREU AGUILAR STREET, FAJARDO, PR** | |
| | State the term remaining | **THREE (3) YEARS, COMMENCING ON JANUARY 1, 2010** | **JESUS BIRD SERRANO** |
| | List the contract number of any government contract | | **PO BOX 946 Fajardo, PR 00738** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **FOUR (4) COMMERCIAL BUILDINGS AND ONE (1) PARCEL OF LAND USED FOR PARKING SPACES AT MUÑOZ RIVERA STREET, FAJARDO, PR** | |
| | State the term remaining | **TWO (2) YEARS AND TEN (10) MONTHS** | **MAFIBO REALTY INC** |
| | List the contract number of any government contract | | **PO BOX 1169 Fajardo, PR 00738** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL BUILDING AT 10 SANTIAGO RIERA PALMER STREET, MAYAGUEZ, PUERTO RICO** | |
| | State the term remaining | **FOUR (4) YEARS AND THREE (3) MONTHS** | |
| | List the contract number of any government contract | | **MARLENE ROCHAR IZQUIERDO** |

Debtor 1    __MBTI OF PUERTO RICO INC__        Case number *(if known)*

First Name    Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | SEVENTY FOUR (74) SPACES FOR PARKINGS AT LUIS MUÑOZ RIVERA PARKING LOT | |
| | State the term remaining | AUTOMATIC RENEWAL | MARVIC PARKING SERVICES INC 27 NORTH PERAL STREET Mayaguez, PR 00680 |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BUILDING AT 1304 PONCE DE LEON AVENUE, SANTURCE, PUERTO RICO | |
| | State the term remaining | FIVE (5) YEARS, COMMENCING ON MAY 1, 2015 | MIC CORPORATION PO BOX 19600 FERNANDO JUNCOS STA San Juan, PR 00910-1600 |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | COPIERS LEASE AGREEMENT | |
| | State the term remaining | FIVE (5) YEARS, COMMENCING ON JANUARY 1, 2014 | SYSTRONICS PO BOX 194030 San Juan, PR 00919-4030 |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION SERVICES | |
| | State the term remaining | ONE (1) YEAR AND THREE (3) MONTHS | TRANSPORTE ESCOLAR GIL INC RR 11 BOX 5721 BO NUEVO Bayamon, PR 00956 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name  **MBTI OF PUERTO RICO INC**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: **Codebtor**                                                                Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | BARBARA ALONSO VILA | PMB 216 AVE ESMERALDA 405 Guaynabo, PR 00969 | ORIENTAL BANK | ■ D  __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | BARBARA ALONSO VILA | PMB 216 AVE ESMERALDA 405 Guaynabo, PR 00969 | ORIENTAL BANK | ■ D  __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | ENRIQUE VILLAVICENCIO | PMB 216 AVE ESMERALDA 405 Guaynabo, PR 00969 | ORIENTAL BANK | ■ D  __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | ENRIQUE VILLAVICENCIO | PMB 216 AVE ESMERALDA 405 Guaynabo, PR 00969 | ORIENTAL BANK | ■ D  __2.9__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **MBTI OF PUERTO RICO INC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor          Column 2: Creditor

| 2.5 | FIDEL ALONSO VILA | G9 Ave San Patricio Cond Casamagna Apt 211 Guaynabo, PR 00968 | ORIENTAL BANK | ■ D __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.6 | FIDEL ALONSO VILA | G9 AVE SAN PATRICIO COND CASAMAGNA APT 211 Guaynabo, PR 00968 | ORIENTAL BANK | ■ D __2.9__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.7 | KONRAD WITTENBERG STECHER | Urb. Villa Mercedes 2900 carr. 834 box 4002 Guaynabo, PR 00971 | ORIENTAL BANK | ■ D __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.8 | KONRAD WITTENBERG STECHER | URB VILLA MERCEDES 2900 CARR 834 BOX 4002 Guaynabo, PR 00971 | ORIENTAL BANK | ■ D __2.9__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.9 | NICOLE CARVAJAL DIAZ | G9 Ave San Patricio Cond Casamagna Apt 211 Guaynabo, PR 00968 | ORIENTAL BANK | ■ D __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.10 | NICOLE CARVAJAL DIAZ | G9 AVE SAN PATRICIO COND CASAMAGNA APT 211 Guaynabo, PR 00968 | ORIENTAL BANK | ■ D __2.9__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.11 | PAULETT ALONSO VILA | La Villa Garden Apts. #26 Carr. 833 Apt.103-A Guaynabo, PR 00971 | ORIENTAL BANK | ■ D __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **MBTI OF PUERTO RICO INC**                                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* Codebtor                                          *Column 2:* Creditor

| | | | | |
|---|---|---|---|---|
| 2.12 | **PAULETTE ALONSO VILA** | LA VILLA GARDEN APTS #26 CARR. 833 APT. 103-A Guaynabo, PR 00971 | **ORIENTAL BANK** | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.13 | **SHARLENE ALONSO FERNANDEZ** | URB VILLA MERCEDES 2900 CARR. 834 BOX 4002 Guaynabo, PR 00971 | **ORIENTAL BANK** | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.14 | **SHARLINE ALONSO FERNANDEZ** | Urb. Villa Mercedes 2900 carr. 834 box 4002 Guaynabo, PR 00971 | **ORIENTAL BANK** | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **MBTI OF PUERTO RICO INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 7, 2016       X   *Bárbara Alonso Vila*
                                         Signature of individual signing on behalf of debtor

                                         **BARBARA ALONSO VILA**
                                         Printed name

                                         **PRESIDENT**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **MBTI OF PUERTO RICO INC** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADRENALINE ADVERTISING CORP PO BOX 16262 San Juan, PR 00908-6262 | 787-908-1000 | ADVERTISING SERVICES | Contingent Unliquidated Disputed | | | $983,479.66 |
| AUTORIDAD DE ENERGIA ELECTRICA PO BOX 363508 San Juan, PR 00936-3508 | 787-521-3434 | ELECTRIC POWER SERVICE | | | | $134,142.73 |
| CONCORDE METRO SEGUROS LLC PO BOX 362708 San Juan, PR 00936-2708 | 787-756-3939 | RENT | Contingent Unliquidated Disputed | | | $112,978.37 |
| COOP DE AHORRO Y CREDITO DE BARRANQUITAS PO BOX 686 Barranquitas, PR 00794 | 787-857-3500 | STUDENTS LOANS WITH RECOURSE | | $1,785,074.00 | $726,205.25 | $1,058,868.75 |
| DATA ACCESS 316 AVE CONSTITUCION SUITE 100 San Juan, PR 00901 | 787-977-8025 | NETWORK MAINTENANCE SERVICES | | | | $59,682.40 |
| DEL RIO TRADING AND BEAUTY SUPPLY PO BOX 779 Camuy, PR 00627 | 787-898-5093 | BEAUTY PRODUCTS | | | | $108,732.55 |
| DEL VALLE AND ASOC CORP HC 10 BOX 49401 Caguas, PR 00725 | 787-486-5931 | ACCOUNTING AND AUDITING SERVICES | | | | $48,186.64 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **MBTI OF PUERTO RICO INC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEPARTMENT OF TREASURY OF PUERTO RICO PO BOX 9024140 OFFICE 424 B OFFICE 424 B San Juan, PR 00902-4140 | | PAYROLL TAXES, CODE (300) VARIOUS PERIODS (ESTIMATED) | | | | $260,000.00 |
| FIRST SECURITY MILLENIUM CORP PO BOX 1977 Bayamon, PR 00960-1977 | 787-296-4812 | SECURITY SERVICES | | | | $67,934.95 |
| HLB PARISSI PO BOX 195607 San Juan, PR 00918-4149 | 787-641-9801 | ACCOUNTING SERVICES | | | | $45,636.55 |
| INTERNAL REVENUE SERVICE PO BOX 7346 Philadelphia, PA 19101-7346 | | CORPORATE INCOME TAX (10/31/2012 TAX RETURN) | | | | $264,481.00 |
| JUAN CARLOS INC PO BOX 439 Loiza, PR 00772 | 787-876-3628 | TRANSPORTATION SERVICES | | | | $202,513.20 |
| MERCEDES BENZ FINANCIAL SERV PO BOX 5209 Carol Stream, IL 60197-5209 | 1-800-654-6222 | VEHICLE LOAN | | $83,799.37 | $46,000.00 | $37,799.37 |
| NALDITOS BUS LINE INC PO BOX 2 Sabana Grande, PR 00637 | 787-376-4644 | TRANSPORTATION SERVICES | | | | $175,480.00 |
| ORIENTAL BANK PO BOX 195115 San Juan, PR 00919-5115 | 1-877-541-5739 | LINE OF CREDIT | | $2,845,000.00 | $869,820.07 | $1,975,179.93 |
| PRLP PROPERTIES I LLC COLGATE PALMOLIVE BLDG STE 308 STREET 1 METRO OFFICE PARK Guaynabo, PR 00968-1705 | 787-783-2277 | RENT | | | | $66,360.09 |
| TRANSPORTE DIAZ INC NUM 60 HACIENDA PRIMAVERA Cidra, PR 00739 | 787-509-7100 | TRANSPORTATION SERVICES | | | | $599,605.00 |

Debtor   **MBTI OF PUERTO RICO INC**

_____

Name

Case number *(if known)*

_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TRANSPORTE ESCOLAR GIL INC RR 11 BOX 5721 BO NUEVO Bayamon, PR 00956** | **787-226-5616** | **TRANSPORTATION SERVICES** | | | | $114,900.00 |
| **TRIPLE-S SALUD PO BOX 71548 San Juan, PR 00936-8648** | **787-774-6060** | **HEALTH INSURANCE** | | | | $159,963.55 |
| **TRUE GUARD SECURITY INC 161 AVE PONCE DE LEON OFICINA 304 San Juan, PR 00917** | **787-367-0981** | **SECURITY SERVICES** | **Contingent Unliquidated Disputed** | | | $107,902.96 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

## United States Bankruptcy Court
### District of Puerto Rico

In re    MBTI OF PUERTO RICO INC                  Case No.

                                       Debtor(s)              Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 7, 2016

_Barbara Alonso Vila_
BARBARA ALONSO VILA/PRESIDENT
Signer/Title

A AND A EMPLOYEE BENEFIT CONSULTING CORP
PO BOX 13928
San Juan, PR 00908-3928

AA ENVIROMENTAL SERVICES
PMB 548
CALL BOX 20000
Canovanas, PR 00729

ACADEMIC EMBLEMS SPECIALTIES
PO BOX 3650
AVE UNIVERSIDAD ESQ ESTEBAN GONZALEZ
Guaynabo, PR 00970-3650

ADOLFO CORREA ACOSTA
ESTANCIAS LA FUENTE
CALLE LIRIO 38
Toa Alta, PR 00953

ADRENALINE ADVERTISING CORP
PO BOX 16262
San Juan, PR 00908-6262

AFLAC
WORLDWIDE HEADQUARTERS
Columbus, GA 31999

AGRO PRODUCE PUERTO RICO INC
PO BOX 11908
San Juan, PR 00922-1908

ALEX EVENTS CORP
HC 15 BOX 16020
Humacao, PR 00791

ALFONSO PIZARRO RAMIREZ
URB LA RAMBLA
1275 CALLE CLARISA
Ponce, PR 00730

ALLIED WASTE SERVICES
PO BOX 51986
Toa Baja, PR 00950-1986

AMERICAN PAPER
AMELIA INDUSTRIAL PARK
26 CALLE EMMA
Guaynabo, PR 00968-8007

ANGEL NEGRON CANDELARIA
UNKNOW

AOR BUILDING SUPPLIES
PO BOX 13606
San Juan, PR 00908-3606

AQUAPURE
URB VILLAS DE PARANA S 1 2
CALLE 11
San Juan, PR 00926-6045

ARMANDO RODRIGUEZ RANGEL
H-60 CALLE DOMINICO
ALTOS DE TORRIMAR
Bayamon, PR 00959

ASUME
PO BOX 70376
San Juan, PR 00936-8376

ATLANTIC MASTER PARKING SERV INC
PMB SUITE 442
AVE RIO HONDO
Bayamon, PR 00961-3105

AUTOMOTIVE RENTAL INC
PO BOX 5039
Mount Laurel, NJ 08054

AUTOMOTIVE RENTAL INC
PO BOX 8500-4375
Philadelphia, PA 19178-4375

AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO
PO BOX 70101
San Juan, PR 00936-8101

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
San Juan, PR 00936-3508

BALLESTER HERMANOS INC
PO BOX 364548
San Juan, PR 00936-4548

BANCO POPULAR DE PR
PO BOX 70100
San Juan, PR 00936-8100

BARBARA ALONSO VILA
PMB 216
AVE ESMERALDA 405
Guaynabo, PR 00969

BETANCES PROFESSIONAL SERVICES AND EQUIP
URB SAN FERNANDO F 11
AVE BETANCES
Bayamon, PR 00957

BOQUERON BEACH HOTEL
PO BOX 498
Boqueron, PR 00622

BORBON FOODS LLC
200 RAFAEL CORDERO
AVE STE 140 PMB 320
Caguas, PR 00725

BRENDA I RODRIGUEZ NEGRON
HC 01 BOX 3904
Hormigueros, PR 00660

CABO ROJO GAS INC
PO BOX 883
CALLE MUNOZ RIVERA 29
Cabo Rojo, PR 00623

CADILLAC UNIFORMS AND LINEN SUPPLY
IND MINILLAS 221
AVE LAUREL
Bayamon, PR 00959-1908

CAMERA MUNDI INC
PO BOX 6860
Caguas, PR 00726

CARIBBEAN FOOD PRODUCTS CORP
PO BOX 244
Puerto Real, PR 00740-0244

CARIBBEAN STONE PRODUCTS
PO BOX 86
Vega Baja, PR 00694

CARIBBEAN WATER COOLER
PO BOX 9505
San Juan, PR 00908-0505

CARIBE FINE FOODS
PO BOX 10585
San Juan, PR 00922

CARIMAR NIEVES
URB REXVILLE
CALLE 23 A CF 25
Bayamon, PR 00957

CARLOS FORTIER MELENDEZ
VILLA CAROLINA
CALLE 435 BLQ 192 NUM 22
Carolina, PR 00985

CENGAGE LEARNING
PO BOX 95999
Chicago, IL 60694-5999

CENTRO DE SERVICIOS DE SALUD DE BAYAMON
AVE LOMAS VERDES IF 48
Bayamon, PR 00956

CENTRO EDUCACION SECUNDARIA ACELERADA
PO BOX 2836
Rio Grande, PR 00745

CH SOUND
CALLE EL TREN 142
LA PUNTILLA
Catano, PR 00962

COCA COLA PUERTO RICO BOTTLERS
PO BOX 51985
Toa Baja, PR 00950-1985

COLEGIO ACELERADO EDUCACION SECUNDARIA
URB.COUNTRY CLUB
AVE CAMPO RICO GL 25
Carolina, PR 00985

COMFORT AIR ZONE
PO BOX 10
Dorado, PR 00646

COMNET TECHNOLOGY GROUP
C 535 VIZCAYA 3 10
Carolina, PR 00985-2301

COMPUTER LINK
PO BOX 193724
San Juan, PR 00919

CONCORDE METRO SEGUROS LLC
PO BOX 362708
San Juan, PR 00936-2708

CONSOLIDATED WASTE SERV CORP
PO BOX 1322
Gurabo, PR 00778-1319

CONSTRUCTION & COMUNICATIONS CONTRACTORS
RR-10 BOX 10225 B
San Juan, PR 00926-9513

COOP DE AHORRO Y CREDITO DE BARRANQUITAS
PO BOX 686
Barranquitas, PR 00794

CRIM
PO BOX 195387
San Juan, PR 00919-5387

CRISTIAN MARRERO
URB PONCE DE LEON
CALLE 23 NUM 246
Guaynabo, PR 00969

CRISTINA ROSADO SILVA
PO BOX 985
Rincon, PR 00677

CSI LEASING PUERTO RICO INC
METRO OFFICE PARK 7
SUITE 204 OFICINA 205
Guaynabo, PR 00968

CT CORPORATION
PO BOX 4349
Carol Stream, IL 60197-4349

DADE PAPER
PO BOX 51535
Toa Baja, PR 00950-1535

DATA ACCESS
316 AVE CONSTITUCION
SUITE 100
San Juan, PR 00901

DATA TEK
AVENIDA CONSTITUCION NUM 316
San Juan, PR 00901

DEL RIO TRADING AND BEAUTY SUPPLY
PO BOX 779
Camuy, PR 00627

DEL VALLE AND ASOC CORP
HC 10 BOX 49401
Caguas, PR 00725

DEPARTMENT OF TREASURY OF PUERTO RICO
PO BOX 9024140
OFFICE 424 B
San Juan, PR 00902-4140

DEPORTES SALVADOR COLOM
PO BOX 9235
San Juan, PR 00908-0235

DEPTO DEL TRABAJO Y RECURSOS HUMANOS
PO BOX 195540
San Juan, PR 00919-5540

DEYA ELEVATOR SERVICES INC
PO BOX 362411
San Juan, PR 00936-2411

DIEGO MONTANEZ SANCHEZ
PO BOX 340
Puerto Real, PR 00740

DRA LOURDES MERCADO TORRES
PO BOX 117
Isabela, PR 00662

DUNAMIS CONTROL SERVICE INC
HC 02 BOX 6328
Lares, PR 00669

ECOLAB MANUFACTURING INC
PO BOX 607086
Bayamon, PR 00960

EDDIES REFRIGERATION SERV
CALLE GUAYAMA NUM 62
San Juan, PR 00917

EMPRESAS DE GAS CO., INC.
PO BOX 1025
Sabana Seca, PR 00952-1230

ENRIQUE VILLAVICENCIO
PMB 216
AVE ESMERALDA 405
Guaynabo, PR 00969

ERIC SANTIAGO
BARRIO MAMEY CARR 933 KM 1 4
Juncos, PR 00777

ESCUELA VIRTUAL DE PUERTO RICO
COND COBIANS PLAZA
1607 AVE PONCE DE LEON APT PH7
San Juan, PR 00909

EUROAMERICANA DE EDICIONES CORP
PO BOX 195697
San Juan, PR 00919-5697

FERNANDO GARCIA SANTOS
URB LEVITOWN
DB 15 CALLE LAGO PATILLAS
Toa Baja, PR 00949

FIDEL ALONSO VILA
G9 Ave San Patricio
Cond Casamagna Apt 211
Guaynabo, PR 00968

FIRE FOE INC
PO BOX 4656
Carolina, PR 00984

FIRST SECURITY MILLENIUM CORP
PO BOX 1977
Bayamon, PR 00960-1977

FRANKIE RODRIGUEZ
RR 7 BOX 7535
San Juan, PR 00926

FREDDY LOZADA NEGRON
URB INMACULADA
CALLE PADRE APONTE NUM 117
Vega Alta, PR 00692

GABRIEL RODRIGUEZ SANTIAGO
REPARTO FLAMBOYAN
C 7 CALLE CIPRES
Mayaguez, PR 00680

GARRIGA PAPER
PO BOX 364862
San Juan, PR 00936-4862

GASPARDS DE PUERTO RICO
PO BOX 838 CALLE JOSE D DIEGO
251 BARRIO TOITA
Cayey, PR 00737

GRAPHIC PRINTING
PMB 325
35 CALLE JUAN C BORBON SUITE 67
Guaynabo, PR 00969-5375

GUARDIAN ELECTRONIC SECURITY SERV
PO BOX 13966
San Juan, PR 00908-3966

GUILLERMO RODRIGUEZ FIGUEROA
URB VILLA UNIVERSITARIA
CALLE 4 A 21
Humacao, PR 00791

HASLER INC
PO BOX 30193
Tampa, FL 33630-3193

HERA PRINTING CORP
PO BOX 362370
San Juan, PR 00936-2370

HLB PARISSI
PO BOX 195607
San Juan, PR 00918-4149

HOSTOS MEDICAL SERV
PO BOX 1586
Mayaguez, PR 00681

HUMBERTO VIDAL INC
DIVISION LEGAL
PO BOX 21480
San Juan, PR 00928-1480

IDALI ARROYO RUIZ
RR 02 BUZON 3789
Anasco, PR 00610

INTERACTIVE TECHNOLOGY
470 AVE PONCE DE LEON
San Juan, PR 00920

INTERIORES DEL OESTE INC
PO BOX 3150
Mayaguez, PR 00681-3150

INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346

IRCON PR
PO BOX 19600
FERNANDEZ JUNCOS STATION
San Juan, PR 00910-1600

ISRAEL LEBRON
PUESTO V 22 23
PLAZA DEL MERCADO
Mayaguez, PR 00680

JACKELINE LINARES
PO BOX 70171
PMB 138
San Juan, PR 00936

JAYMAR NEGRON VALENTIN
HC 01 BOX 4998
Naguabo, PR 00718

JB PLUMBING
HC 1 BOX 5161
Barranquitas, PR 00794

JEAN MARIE BATISTA GUZMAN
COND GALLERY PLAZA
103 AVE DE DIEGO APT 1007
San Juan, PR 00911

JESUS BIRD SERRANO
PO BOX 946
Fajardo, PR 00738

JOE AND VIC
PO BOX 13502
San Juan, PR 00908

JORGE CASTILLO NEGRON
110 MARGINAL
APARTADO 15 A
Bayamon, PR 00959

JORGE OTERO
PLAZA MERCADO
CALLE ROBERT LOCAL NUM 5
San Juan, PR 00907

JOSE GONZALEZ
CALLE LAGUNA 171 A
BARRIO ISRAEL
San Juan, PR 00917

JOSE GUZMAN GS EXHIBIT
URB VILLAS DE SAN AGUSTIN
CALLE 4 B-1
Bayamon, PR 00959-2036

JOSE MANUEL ESTRADA PAGANI
VITALCOLON NUM 11
San Sebastian, PR 00685

JOSE SANTIAGO INC
PO BOX 191795
San Juan, PR 00919-1795

JOSE W SUAREZ
PO BOX 329
Cabo Rojo, PR 00623

JUAN BENIQUEZ
CALLE RASPINELL #909
COUNTRY CLUB
San Juan, PR 00924

JUAN CARLOS INC
PO BOX 439
Loiza, PR 00772

K R IMPORTS INC
3105 TERRALINDA COURT
Trujillo Alto, PR 00976

KERAMER CORP
CALLE SAN MARTIN NUM 70
Guaynabo, PR 00968

KIDANY MUNET VELEZ
AVE LOS FILTROS NUM 300
BOULEVAR DEL RIO 1 APT H227
Guaynabo, PR 00971

KIRSTY C MENDEZ RODRIGUEZ
COND BELLEVIEW
148 A CALLE 2
Trujillo Alto, PR 00976

KODE TECHNOLOGIES PUERTO RICO INC
MARIO JULIA IND PARK
698 CALLE B STE 1
San Juan, PR 00920

KONRAD WITTENBERG STECHER
Urb. Villa Mercedes
2900 carr. 834 box 4002
Guaynabo, PR 00971

KONRAD WITTENBERG STECHER
URB VILLA MERCEDES
2900 CARR 834 BOX 4002
Guaynabo, PR 00971

KRISIA ABREU VELEZ
HC 03 BOX 6272
Humacao, PR 00791

KRISTOR ENTERPRISES INC
3105 TERRALINDA COURT
Trujillo Alto, PR 00976-3917

LCDO JESUS BIRD SERRANO
PO BOX 946
CALLE GARRIDO MORALES 15
Canovanas, PR 00729

LCDO LUIS A LOPEZ LOPEZ
EDIF PARADICE CERAMICS
932 AVE HOSTOS OFICINA A 1
Mayaguez, PR 00680

LEMRS CORP
PMB 504 PO BOX 819
Lares, PR 00669

LIBRERIA LUNA
URB OASIS GARDENS
CALLE ARGENTINA A 18
Guaynabo, PR 00969

LINDA M FIGUEROA
COND TORRES DEL PARQUE SUR
1700 AVE  F MONTILLA APT1603
Bayamon, PR 00956-3071

LOURDES ACEVEDO
HC 03 BOX 34555
Aguadilla, PR 00603

MAFIBO REALTY INC
PO BOX 1169
Fajardo, PR 00738

MANUEL FREIJE ARCE INC
CALL BOX 1904
Toa Baja, PR 00950-1904

MANUEL MUNIZ ORTIZ
PO BOX 9033
San Juan, PR 00908

MARANYELIZ FUENTES MEDINA
PO BOX 289
Palmer, PR 00721

MARIA BRITO LABOY
5 EXT VILLA NAVARRO
Maunabo, PR 00707

MARIA ESTRADA COLON
HC 05 BOX 56945
Mayaguez, PR 00680

MARILYN LEON
CALLE FLOR DE PRIMAVERA
407 RIVER GARDENS
Canovanas, PR 00729

```
MARLENE ROCHA IZQUIERDO
UNKNOW

MARTA MONTANEZ ORTIZ
URB RAMIREZ DE ARELLANO
CALLE CAMPECHE 34
Mayaguez, PR 00682

MARVIC PARKING SERVICES
CALLE PERAL NUM 27
Mayaguez, PR 00680

MARVIC PARKING SERVICES INC
27 NORTH PERAL STREET
Mayaguez, PR 00680

MAYAGUEZ PARKING CENTRO
ENSANCHE RAMIREZ NUM 262
CALLE MIRAMAR
Mayaguez, PR 00682-6208

MENACO CORPORATION
PO BOX 70183
San Juan, PR 00936-8183

MERCEDES BENZ FINANCIAL SERV
PO BOX 5209
Carol Stream, IL 60197-5209

MIC CORPORATION
PO BOX 19600
FERNANDO JUNCOS STA
San Juan, PR 00910-1600

MIGDALIA ILLAS
URB VILLAS DE LOIZA
CALLE 12 P 38
Canovanas, PR 00729

MILLIE C ROSA PADUA
URB RIVER VALLEY 5323
CALLE CANOVANAS
Canovanas, PR 00729

MQ SOUND
REPARTO LAS DELICIAS NUM 7
CARR NUM 102 KM 38 2
San German, PR 00683

MR TODD LLC
MIRAMAR PLAZA CENTER
954 AVE PONCE DE LEON SUITE 204
San Juan, PR 00908
```

MULTISYSTEMS
PO BOX 191938
San Juan, PR 00919-1938

MUNICIPIO DE BAYAMON
PO BOX 1588
Bayamon, PR 00960

MUNICIPIO DE FAJARDO
PO BOX 865
Fajardo, PR 00738-0865

MUNICIPIO DE MAYAGUEZ
PO BOX 447
Mayaguez, PR 00681-0447

MUNICIPIO DE SAN JUAN
PO BOX 70179
San Juan, PR 00917

NALDITOS BUS LINE INC
PO BOX 2
Sabana Grande, PR 00637

NATIONAL LIFE INSURANCE COMPANY
PO BOX 366107
San Juan, PR 00936-6107

NEOPOST USA INC
25880 NETWORK PLACE
Chicago, IL 60673-1258

NICOLE CARVAJAL DIAZ
G9 Ave San Patricio
Cond Casamagna Apt 211
Guaynabo, PR 00968

NOEL PAMIAS
PO BOX 772
Carolina, PR 00986-0772

NOELVIS SAEZ CASTANEDA
ATLANTIC VIEW
161 VENUS
Carolina, PR 00979

OFFICE BUDDIES
PO BOX 589
Guaynabo, PR 00970

OLGA LEON COLON
ESTABCIAS SAN PEDRO
I 52 SAN LUCAS
Fajardo, PR 00738

```
ORIENTAL BANK
PO BOX 195115
San Juan, PR 00919-5115

ORLANDO CLARK COLON
URB ALTURAS DE SAN PEDRO
CALLE SAN CRISTOBAL R 34
Fajardo, PR 00738

ORLANDO NATERA PENA
CALLE LOIZA 11903
San Juan, PR 00911

PABLO GUADALUPE MENDOZA
VISTAS DE LUQUILLO II
305 CALLE DIAMANTE H 2
Luquillo, PR 00773

PAULETT ALONSO VILA
La Villa Garden Apts.
#26 Carr. 833 Apt.103-A
Guaynabo, PR 00971

PAULETTE ALONSO VILA
LA VILLA GARDEN APTS
#26 CARR. 833 APT. 103-A
Guaynabo, PR 00971

PEARSON EDUCATION
PO BOX 366408
San Juan, PR 00936-6408

PITNEY BOWES PUERTO RICO INC
PO BOX 11662
San Juan, PR 00922-1662

POPULAR AUTO, INC.
PO BOX 15011
San Juan, PR 00902-8511

PR OFFICE SOLUTIONS
PMB 339 100 GRAND PASEO
BLVD SUITE 112
San Juan, PR 00926-5955

PRECISION EXTERMINATING SERV
PMB 147
352. AVE. SAN CLAUDIO
San Juan, PR 00926
```

PRLP PROPERTIES I LLC
COLGATE PALMOLIVE BLDG STE 308
STREET 1 METRO OFFICE PARK
Guaynabo, PR 00968-1705

PROGRESSIVE SALES AND SERVICES
PO BOX 10876
San Juan, PR 00922-0876

PUERTO RICO DUST CONTROL
PO BOX 362048
San Juan, PR 00936-2048

PUERTO RICO HOSPITAL SUPPLY INC
CALL BOX 158
Carolina, PR 00986-0158

QUALITY CLEANING PRODUCTS RC INC
PMB 546
PO BOX 607061
Bayamon, PR 00960-7061

QUINONES MEDICAL TRAINING
URB PASEOS DE CEIBA
AVE CEIBA 33
Ceiba, PR 00735

RAFAEL AGOSTO CARTAGENA
ALTURAS DE RIO GRANDE
CALLE 3 D 154
Rio Grande, PR 00745

REFRIMECH PLUS CORP
PO BOX 194408
San Juan, PR 00919-2523

RESTROOM SERVICES
PO BOX 362048
San Juan, PR 00936-2048

RICARDO GOMEZ DAVILA
BO DUQUE
BUZON 2180 A
Naguabo, PR 00718

RICOH
PO BOX 71459
San Juan, PR 00936-8559

ROBERTO SEDA COLONDRES
PO BOX 180
Maricao, PR 00606

```
ROMMEL E ALFONSECA PEREZ
LA ESPERANZA S-42
CALLE 16
Vega Alta, PR 00692


SHARLENE ALONSO FERNANDEZ
URB VILLA MERCEDES
2900 CARR. 834 BOX 4002
Guaynabo, PR 00971


SHARLINE ALONSO FERNANDEZ
Urb. Villa Mercedes
2900 Carr 834 box 4002
Guaynabo, PR 00971


SIMON RIVERA
URB BRISAS DE LOIZA
NUM 234 CALLE LIBRA
Canovanas, PR 00729


SPECIALTY OFFICE PRODUCTS
PO BOX 1914
Guaynabo, PR 00970-1014


STATE INSURANCE FUND CORPORATION
PO BOX 365028
San Juan, PR 00936-5028


STEVEN DIAZ
BO OBRERO
CALLE 7 NUM 623
San Juan, PR 00915


SYSTRONICS
PO BOX 194030
San Juan, PR 00919-4030


THE OFFICE SHOOP
PO BOX 195497
San Juan, PR 00919-5497


THE SHERWIN WILLIAMS
AVE DE DIEGO NUM 570
PUERTO NUEVO
San Juan, PR 00920


TOMAS MORALES SANTANA
URB QUINTAS DE DORADO
CALLE CAOBA J 9
Dorado, PR 00646


TRAFON GROUP
MERCADO CENTRAL CALLE C 1229
San Juan, PR 00920
```

TRANSPORTE DIAZ INC
NUM 60 HACIENDA PRIMAVERA
Cidra, PR 00739

TRANSPORTE ESCOLAR GIL INC
RR 11 BOX 5721
BO NUEVO
Bayamon, PR 00956

TRIPLE-S SALUD
PO BOX 71548
San Juan, PR 00936-8648

TRUE GUARD SECURITY INC
161 AVE PONCE DE LEON
OFICINA 304
San Juan, PR 00917

UNITED ELECTRICAL SUPPLY INC
URB REPARTO SEVILLA NUM 959
CALLE PAGANINI
San Juan, PR 00924

UNITED ENTREPRENEURS LLC
URB VILLA CAPARRA
13 CALLE A
Guaynabo, PR 00966

UNIVERSAL CARE CORPORATION
PO BOX 1051
Sabana Seca, PR 00952-1051

UNIVERSAL FIRE EQUIPMENT
URB MONTE BELLO
NUM 5015
Hormigueros, PR 00660

UNIVERSAL INSURANCE COMPANY
PO BOX 71338
San Juan, PR 00936-8438

US DEPARTMENT OF EDUCATION
FINANCIAL SQUARE
32 OLD SLIP 25TH FLOOR
New York, NY 10005

VIASINC
1766 LACASSIE AVE
SUITE 103
Orinda, CA 94563

VICENTE AND CUEBAS LAW OFFICE
PO BOX 11609
San Juan, PR 00910

VIVIANA CINTRON DIAZ
UNKNOW

WALLYS ORTIZ ACOSTA
NUM 16 CALLEJON FAS
Cabo Rojo, PR 00623

WESLEY PAGAN GUADALUPE
BO SAINT JUST
CALLE 2 148 A
Trujillo Alto, PR 00976

WORLDNET TELECOMMUNICATIONS INC
PO BOX 70201
San Juan, PR 00936-8201

YARITZA CRUZ ALVARADO
CONDOMINIO CAMINITO 27
CARR189 APTO 2708
San Juan, PR 00919

YESENIA COLON CRUZ
PORTALES DE SAN JUAN
APT J 175
San Juan, PR 00924

**Grace Hernández**

| | |
|---|---|
| **From:** | Luis R. Carrasquillo <luis@cpacarrasquillo.com> |
| **Sent:** | Wednesday, October 05, 2016 2:21 PM |
| **To:** | Charles Cuprill; Charles A. Cuprill, PSC Law Offices; Grace Hernández |
| **Cc:** | ''CPA Luis R. Carrasquillo'' |
| **Subject:** | FW: MBTI of Puerto Rico Inc - Bankruptcy Schedules |
| **Attachments:** | MBTI of Puerto Rico Inc Voluntary Petition, Top 20, Schedules & Matrix P....pdf; MBTI of Puerto Rico Inc Voluntary Petition, Top 20, Schedules & Martrix ....pdf |

Charly

E adjunto lo que podemos radicar de MBTI.  Luego habrá que enmendar algunos pero están 95% completos.  Que Grace llame a Alfredo para que se pongan de acuerdo para el file de Upload del Matrix

El SOFA no está.

## Luis R. Carrasquillo Ruiz, CPA, CIRA, CVA



**Calle 28, TI-26**
**Avenida Turabo Gardens**
**Caguas P.R.   00725**
**Tels. 787-746-4555/787-746-4556**
**Fax   787-746-4564**
**luis@cpacarrasquillo.com**

**From:** Alfredo Segarra [mailto:alfredo@cpacarrasquillo.com]
**Sent:** Wednesday, October 5, 2016 12:25 PM
**To:** 'Luis R. Carrasquillo' <luis@cpacarrasquillo.com>
**Subject:** RE: MBTI of Puerto Rico Inc - Bankruptcy Schedules

Luis:

Adjunto al email los siguientes anejos de quiebra de MBTI of Puerto Rico, Inc.
- Voluntary Petition
- Top 20 Unsecured Creditors
- Summary of Assets & Liabilities
- Schedule A/B Real & Personal Property
- Schedule D Secured Creditors
- Schedule E/F Priority and Unsecured Creditors
- Schedule G Executory Contracts
- Schedule H Co Debtors
- Matrix

*Alfredo J. Segarra Martínez*



1

**CERTIFIED COPY OF RESOLUTION OF THE BOARD
OF DIRECTORS AUTHORIZING THE FILING OF
PETITION FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE**

RESOLVED:  Whereas MBTI of Puerto Rico, Inc. (the "Corporation") is unable to meet its obligations as they mature; and

Whereas, creditors are threatening suit and have threatened to undertake steps to obtain possession of some of the Corporation's assets; Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Corporation and that Mrs. Barbara Alonso Vila, the Corporation's President, be and hereby is authorized to execute on behalf of the Corporation and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That Mrs. Barbara Alonso Vila be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Corporation or in its behalf, and be it further resolved;

That Charles A. Cuprill, P.S.C., Law Offices be employed to act as counsel for the Corporation in such bankruptcy proceedings.

The undersigned hereby certifies that he is the Secretary of the Corporation, and that the above is a true and correct copy of a resolution adopted by its Board of Directors at a duly constituted meeting held on the October at 1p.m., in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness hereof, I have hereunto set my hand and affixed the seal of the Corporation this 7th day of October, 2016.

_____
**(CORPORATE SEAL)**

_____
FIDEL CARLOS ALONSO VILA
**SECRETARY**

*Certified Copy of Corporate Resolution of the Board of Directors*
*Authorizing the Filing of Petition for Reorganization under*
*Chapter 11 of the Bankruptcy Code*                                    *Page -2-*

I, Fidel Carlos Alonso Vila, Secretary of MBTI of Puerto Rico, Inc., of legal age, married, and resident of Guaynabo, Puerto Rico do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

San Juan, Puerto Rico, this 7th day of October, 2016.


_____
FIDEL CARLOS ALONSO VILA
**SECRETARY**